**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                    )
WOLFGANG KOEHLING                   )
911 North Carolina                  )
Avenue, S.E.                        )
Apt. B.                             )
Washington, D.C. 20003              )
                                    )
            Plaintiff,              )
                                    )
    v.                              )  Civil Action No. 07-1152 (RCL)
                                    )
UNITED STATES OF AMERICA            )
                                    )
Serve:                              )
Alberto Gonzales                    )
United States Attorney              )
General                             )
U.S. Department of Justice          )
Room 4400                           )
950 Pennsylvania Ave., N.W.         )
Washington, D.C. 20530-0001         )
                                    )
Rudy Contreras, Chief               )
United States Attorney              )
for the District of Columbia        )
Civil Division                      )
United States Attorney's            )
Office                              )
501 3rd Street, N.W.                )
Washington, D.C. 20530              )
                                    )
Peter M. Kushner                    )
Office of the Capitol               )
Architect of the Capitol            )
Ford House Office Building          )
Room 265A                           )
2nd and D Street, S.W.              )
Washington, D.C. 20515              )
                                    )
and                                 )
                                    )
JACOBS ENGINEERING GROUP, INC.)
Aka Jacobs Engineering              )
Aka Jacobs Engineering              )
Company                             )
Aka Jacobs Engineering              )
Foundation                          )
1209 Orange Street                  )
```

```
Wilmington, DE 19801 and      )
1111 S. Arroyo Parkway        )
Pasadena, CA 91105            )
                              )
Serve:                        )
CT Corporation System         )
1015 15th St., N.W.           )
Suite 1000                    )
Washington, D.C. 20005        )
                              )
and                           )
                              )
W.M. SCHLOSSER, CO., INC.     )
2400 51st Place               )
Hyattsville, MD 20781         )
                              )
Serve:                        )
CT Corporation System         )
1015 15th St., N.W.           )
Suite 1000                    )
Washington, D.C. 20005        )
                              )
and                           )
                              )
FLIPPO CONSTRUCTION           )
COMPANY, INC.                 )
3820 Penn Belt Place          )
Forestville, MD 20747         )
                              )
Serve:                        )
CT Corporation System         )
1015 15th Str., N.W.          )
Suite 1000                    )
Washington, D.C. 20005        )
                              )
and                           )
                              )
CENTEX CONSTRUCTION           )
COMPANY, INC.                 )
Now Known as Balfour          )
Beatty Construction, its      )
Successor in Interest         )
3100 McKinon Street           )
7th Floor                     )
Dallas, TX 75201              )
                              )
Serve:                        )
D.C. Superintendent           )
of Corporations               )
```

```
Corporations Division            )
Business Center                  )
Room 1100                        )
941 North Capitol St., N.E.      )
Washington, D.C. 20002           )
                                 )
and                              )
                                 )
GILBANE BUILDING COMPANY         )
A part of GILBANE INC.           )
7 Jackson Walkway                )
Providence, RI 02903             )
                                 )
Serve:                           )
CT Corporation System            )
1015 15th Str., N.W.             )
Suite 1000                       )
Washington, D.C. 20005           )
                                 )
and                              )
                                 )
RTKL ASSOCIATES, INC.            )
Aka RTKL D.C. ASSOCIATES, P.C.   )
901 Bond Street                  )
Baltimore, MD 21231 and          )
1250 Connecticut Avenue, N.W.    )
Suite 400                        )
Washington, D.C. 20036           )
                                 )
Serve:                           )
Corporation Service Company      )
1090 Vermont Ave., N.W.          )
Washington, D.C. 20005           )
                                 )
            Defendants.          )
                                 )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the United States of America in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205

4