IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-CV-01152-RCL |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| *et al.* | : | |
| Defendants. | : | |

**CONSENT MOTION OF DEFENDANT JACOBS ENGINEERING GROUP, INC. FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Jacobs Engineering Group, Incorporated, ("Jacobs") one of the Defendants in the above-styled cause, hereby requests an extension of time to August 20, 2007 in which to file its answer or otherwise respond to the Complaint filed by Plaintiff in the above-captioned case. Plaintiff's counsel has consented to the relief requested herein. In support of this Motion, Jacobs relies upon the accompanying Memorandum of Law.

                Respectfully submitted,

                /s/ Thomas S. Schaufelberger_____
                Thomas S. Schaufelberger, D.C. Bar No. 371934
                SAUL EWING LLP
                2600 Virginia Avenue, N.W.
                Suite 1000
                Washington, DC  20037
                202-295-6609
                FAX:  202-295-6709
                E-mail: tschaufelberger@saul.com
                Attorneys for Jacobs Engineering Group, Inc.

Date:  July 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, copies of Defendant Jacobs Engineering Group, Inc.'s Consent Motion for an Extension of Time to Respond to Complaint, Memorandum of Law in Support of E Defendant Jacobs Engineering Group, Inc.'s Consent Motion for an Extension of Time to Respond to Complaint, and a Proposed Order, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Alberto R. Gonzales<br>United States Attorney General<br>U.S. Department of Justice<br>Room 4400<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | Rudy Contreras<br>United States Attorney for the District of Columbia, Civil Division<br>United States Attorney's Office<br>501 3rd Street<br>Washington, D.C. 20530 |
| W.M. Schlosser, Co., Inc.<br>2400 51st Place<br>Hyattsville, MD 20781 | Flippo Construction Company, Inc.<br>3820 Penn Belt Place<br>Forestville, MD 20747 |
| Centex Construction Company<br>n/k/a Balfour Beatty Construction<br>3100 McKinon Street<br>7th Floor<br>Dallas, TX 75201 | Gilbane Building Company<br>7 Jackson Walkway<br>Providence, RI 02903 |
| RTKL Associates, Inc.<br>a/ka/ RTKL D.C. Associates<br>901 Bond Street<br>Baltimore, MD21231<br>And<br>1250 Conncticut Avenue, NW<br>Suite 400<br>Washington, D.C. 20036 | |

/s/ Thomas S. Schaufelberger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-CV-01152-RCL |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| *et al.* | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT JACOBS ENGINEERING GROUP, INC.'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Jacobs Engineering Group, Inc. ("Jacobs") hereby requests an extension of time to August 20, 2007 in which to file its answer or otherwise plead in response to the Complaint filed by Plaintiff in the above-captioned case. The current deadline is July 31, 2007.

The undersigned counsel has only recently been retained to represent Jacobs in this matter and has not had an opportunity to familiarize himself with the facts and circumstances of this matter. Plaintiff's counsel has consented to the relief sought in this Motion. Accordingly Jacobs respectfully requests that the Court grant this Motion and extend the time by which it must answer or otherwise respond to the Complaint to August 20, 2007.

Respectfully submitted,

/s/ Thomas S. Schaufelberger_____
Thomas S. Schaufelberger, D.C. Bar No. 371934
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC  20037
202-295-6609
FAX:  202-295-6709
E-mail: tschaufelberger@saul.com
Attorneys for Jacobs Engineering Group, Inc.

Date:  July 27, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-CV-01152-RCL |
| : | |
| UNITED STATES OF AMERICA : | |
| : | |
| *et al.* : | |
| Defendants. : | |
| _____ | |

## ORDER

This matter is before the Court on the Consent Motion of Defendant Jacobs Engineering Group, Inc., for an Extension of Time to Answer or Otherwise Respond to the Complaint herein. It is by the Court,

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Defendants shall have until and including August 20, 2007, in which to file their Answer, or other response, to Plaintiff's Complaint.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
United States District Judge

cc:   All Counsel of Record