IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO.: 1:07-CV-01152  RCL |
| : | |
| UNITED STATES OF AMERICA, : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |

**CONSENT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**

Defendant, RTKL Associates, Inc., by its attorneys, files this Consent Motion to Extend Time for Filing Responsive Pleading up to and including August 30, 2007, and for reasons states:

1. The Summons and Complaint were served on RTKL's agent on July 10, 2007. A responsive pleading is due by July 30, 2007.

2. RTKL requires additional time to investigate the circumstances of the underlying construction project, to meet with counsel and to formulate an appropriate response.

3. Pursuant to Local Rule 7(m), Plaintiff's counsel has authorized the Defendant to state that Plaintiff consents to the relief sought in this motion.

4. Fed.R.Civ.P. 6(b)(1) provides that the Court may enlarge the time for, among other things, the time for filing a responsive pleading.

**WHEREFORE**, the Defendant prays that the Court grant this Motion and extend the time for the Defendant to file a responsive pleading up to and including August 30, 2007.

Respectfully submitted,

KING & ATTRIDGE

By:  /s/*Patrick James Attridge*
Patrick James Attridge, Esquire
Bar No.:  357973
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland  20850
Tel.:  (301) 279-0780
Fax:  (301) 279-2988
*Attorneys for Defendant*
*RTKL Associates, Inc.*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 30th day of July, 2007, the foregoing was served on all counsel of record pursuant to the CM/ECF filing system:

/s/ *Patrick James Attridge*
Patrick James Attridge

2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WOLFGANG KOEHLING,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CASE NO.: 1:07-CV-01152  RCL |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

# ORDER

Having read and considered the Defendant RTKL Associates, Inc.'s Consent Motion to Extend Time for Filing Responsive Pleading, and finding good cause therefor, it is this _____ day of _____, 2007 hereby

ORDERED that the Motion is GRANTED, and the time for the Defendant to file a responsive pleading is hereby extended up to and including August 30, 2007.

_____
UNITED STATES DISTRICT JUDGE