UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WOLFGANG KOEHLING, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1152 (RCL) |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendant RTKL Associates, Inc.'s Consent Motion [4] to extend time, and upon good cause shown, it is hereby

ORDERED, that the Motion is GRANTED, and defendant shall have to and including August 30, 2007 to file a responsive pleading.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 1, 2007.