UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WOLFGANG KOEHLING,  )<br>                                              )<br>     Plaintiff,                           )<br>                                              )<br>          v.                                )<br>                                              )<br>UNITED STATES OF AMERICA, *et al.*,  )<br>                                              )<br>     Defendants.                       )<br>                                              ) | Civil Action No. 07-1152 (RCL) |

### ORDER

Upon consideration of defendant Jacobs Engineering Group, Inc.'s Consent Motion [3] to extend time, and upon good cause shown, it is hereby

ORDERED, that the Motion is GRANTED, and defendant shall have to and including August 20, 2007 to file a responsive pleading.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 3, 2007.