IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * |
| | * |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

Defendant, Balfour Beatty Construction, LLC, f/k/a Centex Construction, LLC ("Balfour Beatty"), by its undersigned counsel, Jason T. Wasserman and Semmes Bowen & Semmes, hereby files this Consent Motion to Extend Time for Filing Responsive Pleading up to and including September 8, 2007, and for reasons states:

1. The Summons and Complaint was served upon Government of the District of Columbia Department of Consumer and Regulatory Affairs on July 10, 2007. The service of process was only sent to Balfour Beatty via certified mail on July 30, 2007. The answer was due July 31, 2007 based on the original service date on the Government of the District of Columbia Department of Consumer and Regulatory Affairs.

2. Balfour Beatty requires additional time to investigate the circumstances of the underlying construction project, to meet with counsel, and to formulate an appropriate response.

3. Pursuant to Local Rule 7(m), Plaintiff's counsel has authorized the Defendant to state that Plaintiff consents to the relief sought in this motion.

4. Fed.R.Civ.P. 6(b)(1) provides that the Court may enlarge the time for, among other things, the time for filing a responsive pleading.

WHEREFORE, Defendant prays that the Court grant this Motion and extend the time for the Defendant to file a responsive pleading up to and including September 8, 2007.

Respectfully submitted,

*/s/ Jason T. Wasserman*
Jason T. Wasserman, (D.C. Bar No. 495771)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

***Attorney for Defendant, Centex Construction Company***

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 10th day of August, 2007, the foregoing was electronically filed and served on all counsel of record.

*/s/ Jason T. Wasserman*
Jason T. Wasserman (D.C. Bar 495771)

B0731426.WPD

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, Balfour Beatty Construction, LLC's Consent Motion to Extend Time for Filing Responsive Pleading, and finding good cause therefor, it is this

_____ day of _____, 2007 hereby

ORDERED that the Motion is GRANTED, and the time for the Defendant to file a responsive pleading is hereby extended up to and including September 8, 2007.

_____
UNITED STATES DISTRICT JUDGE