IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISON

| | |
|---|---|
| WOLFGANG KOEHLING          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| v.          ) | Case No. 1:07-cv-01152 |
| ) | |
| UNITED STATES OF AMERICA, *et al.*          ) | |
| ) | |
| Defendants          ) | |

AFFIDAVIT OF SERVICE

I, Traci F. Hall, being duly sworn on oath, depose and say:

1. I am over the age of majority, not a party to this suit, and competent to testify to the facts set forth herein.

2. The facts set forth herein are based on my own personal knowledge.

3. My business address and phone number is 707 D Street, SE, Washington, DC 20003; (202) 547-9823.

4. On July 10, 2007 at 2:45 p.m. I personally served an Original Summons, Copy of Plaintiff's Complaint, Notice to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Electronic Case Files Attorney/Participant Registration Form in the above captioned matter on the following Defendants:  Jacobs Engineering Group, Inc., W.M. Schlosser, Co., Inc., Flippo Construction Company, Inc., and  Gilbane Building Company  by handing the above listed documents for each defendant to Mark Diffenbaugh, Regional Fulfillment Manager, CT Corporation System located at 1015 15th Street, NW, Suite 1000, Washington, DC 20005.

5. I hereby affirm under the penalties of perjury that the facts in this Affidavit of Service are true and correct to the best of my knowledge, information and belief.

Date:  8/10/07                                         ___/s/_____
                                                                  Traci F. Hall