IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISON

| | |
|---|---|
| WOLFGANG KOEHLING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01152 |
| | ) |
| UNITED STATES OF AMERICA, *et al.* | ) |
| | ) |
| Defendants | ) |

AFFIDAVIT OF SERVICE

I, Traci F. Hall, being duly sworn on oath, depose and say:

1. I am over the age of majority, not a party to this suit, and competent to testify to the facts set forth herein.

2. The facts set forth herein are based on my own personal knowledge.

3. My business address and phone number is 707 D Street, SE, Washington, DC 20003; (202) 547-9823.

4. On July 10, 2007, at 2:05 p.m. I personally served Defendant Centex Construction Company, Inc. now known as Balfour Beatty Construction, by handing an Original Summons, Copy of Plaintiff's Complaint, Notice to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and Affidavit of Diligence with attached Government of the District of Columbia Certificate to Ms. McClendon, Authorized Representative DC Superintendent of Corporations Division Business Center, Room 1100, 941 North Capitol Street, NE, Washington, DC 20002 and by paying the appropriate fee of $15.00 to the D.C. Treasurer.

5. I hereby affirm under the penalties of perjury that the facts in this Affidavit of Service are true and correct to the best of my knowledge, information and belief.

Date:  8/8/07                          ____/s/_____
                                       Traci F. Hall