IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISON

| | |
|---|---|
| WOLFGANG KOEHLING )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>UNITED STATES OF AMERICA, *et al.*   )<br>)<br>Defendants   ) | Case No. 1:07-cv-01152 |

AFFIDAVIT OF SERVICE

I, Traci F. Hall, being duly sworn on oath, depose and say:

1. I am over the age of majority, not a party to this suit, and competent to testify to the facts set forth herein.

2. The facts set forth herein are based on my own personal knowledge.

3. My business address and phone number is 707 D Street, SE, Washington, DC 20003; (202) 547-9823.

4. On June 28, 2007, at 3:20 p.m. I personally served Defendant United States of America by handing an Original Summons, Copy of Plaintiff's Complaint, Notice to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Electronic Case Files Attorney/Participant Registration Form in the above captioned matter to Gary Nails, Docket Clerk, US Attorney's Office, 501 3rd Street, NW, 4th Floor/Suite 4500, Washington, DC 20530

5. I hereby affirm under the penalties of perjury that the facts in this Affidavit of Service are true and correct to the best of my knowledge, information and belief.

Date:  8/8/07                             ____/s/_____
                                                    Traci F. Hall