IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING         ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| V.               ) | Case No. 1:07-cv-01152 |
| ) | Judge – Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.*  ) | |
| ) | |
| Defendants.      ) | |

### AFFIDAVIT OF SERVICE

I, Monique Thrower, being duly sworn on oath, depose and say:

1. I am over the age of majority, not a party to this suit, and competent to testify to the facts set forth herein.

2. The facts set forth herein are based on my own personal knowledge.

3. My business address and phone number is 707 D. St., S.E., Washington, D.C. 2003; (202) 547-9823.

4. On June 28, 2007, at 3:03 p.m. I personally served an Original Summons, Copy of Plaintiff's Complaint, Notice to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Electronic Case Files Attorney/Participant Registration Form in the above captioned matter on Defendant, United States of America by handling a copy to: W.T. Lee, a clerk or other person in charge at the mailroom for the Office of Alberto R. Gonzales, United States Attorney General U.S. Department of Justice Room 4400, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-001.

     5.     I hereby affirm under the penalty of perjury that the facts in this Affidavit of Service are true and correct to the best of my knowledge, information, and belief.

                                                          _____/s/_____

Date   06/28/2007                                  Monique Thrower, Process Server