IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01152 |
| | ) | Judge: Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.* | ) | Description: PI |
| | ) | |
|     Defendants. | ) | |

REQUEST ON AFFIDAVIT FOR THE CLERK TO ENTER DEFAULT AS TO DEFENDANT FLIPPO CONSTRUCTION COMPANY, INC., PURSUANT TO <u>FEDERAL RULES OF CIVIL PROCEDURE 55</u>

COMES NOW Plaintiff, through Counsel and requests that the Clerk enter default in favor of the Plaintiff and against Defendant Flippo Construction Company, Inc. only for failure to plead or otherwise defend against Plaintiff's Complaint for affirmative relief.

For cause Plaintiff states that Defendant Flippo was served with process in this case on July 10, 2007, as evidenced by the Affidavit of Service electronically filed herein by Traci F. Hall on August 10, 2007. Defendant Flippo's Answer or responsive pleading was due on July 30, 2007.

Defendant Flippo has failed to plead or otherwise defend this action, and has failed to request an enlargement of time to do so.

It is therefore requested that the Clerk enter default in favor of the Plaintiff and against Defendant Flippo Construction Company, Inc.

                                          Respectfully submitted,

                                _____/s/_____
                                David F. Hall – 441229
                                Attorney for Plaintiff
                                707 D St., S.E.
                                Washington, D.C. 20003
                                (202) 547-9823

<u>Memorandum of Points and Authorities</u>

1. Federal Rules of Civil Procedure 55(a).
2. The Affidavit of Service filed herein by Traci F. Hall on August 10, 2007 (*See,* Exhibit 1).
3. The record herein.


                                David F. Hall

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing pleading: Request on Affidavit for the Clerk to Enter Default as to Defendant Flippo Construction Company, Inc. Pursuant to Federal Rules of Civil Procedure 55 (correctly refiled) will be served as a matter of course on all Counsel of record herein by electronic mail via the Court, and that a true copy of this Request with the Affidavit of Service referenced therein was mailed by regular first class mail, postage prepaid to: Mark Diffenbaugh, Regional Fulfillment Manager, CT Corporation System, 1015 15th Street, NW, Suite 1000, Washington, D.C. 20005, who is the Registered Agent to receive service of process and notices for Defendant Flippo Construction Company, Inc., this 15th day of August, 2007.

                                _____/s/_____
                                David F. Hall

**Exhibit 1**
To Request On Affidavit for Entry of Default

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISON

| | |
|---|---|
| WOLFGANG KOEHLING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01152 |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants ) | |

AFFIDAVIT OF SERVICE

I, Traci F. Hall, being duly sworn on oath, depose and say:

1. I am over the age of majority, not a party to this suit, and competent to testify to the facts set forth herein.

2. The facts set forth herein are based on my own personal knowledge.

3. My business address and phone number is 707 D Street, SE, Washington, DC 20003; (202) 547-9823.

4. On July 10, 2007 at 2:45 p.m. I personally served an Original Summons, Copy of Plaintiff's Complaint, Notice to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Electronic Case Files Attorney/Participant Registration Form in the above captioned matter on the following Defendants:  Jacobs Engineering Group, Inc., W.M. Schlosser, Co., Inc., Flippo Construction Company, Inc., and  Gilbane Building Company  by handing the above listed documents for each defendant to Mark Diffenbaugh, Regional Fulfillment Manager, CT Corporation System located at 1015 15th Street, NW, Suite 1000, Washington, DC 20005.

3

     5.  I hereby affirm under the penalties of perjury that the facts in this Affidavit of Service are true and correct to the best of my knowledge, information and belief.

Date:  8/10/07                                   ___/s/_____
                                                             Traci F. Hall