Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING

Plaintiff(s)

v.

Civil Action No. 07-1152 (RCL)

UNITED STATES OF AMERICA, et al.

Defendant(s)

RE: FLIPPO CONSTRUCTION COMPANY, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 10, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk