UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGAIN KOEHLING          :
                           :
    Plaintiff,             :
                           :
v.                         :       Case no.: 1:07-cv-001152
                           :       Judge Royce C. Lamberth
UNITED STATES OF AMERICA, et al.  :
                           :
    Defendants.            :
                           :

**CONSENT MOTION TO REMOVE THE DEFAULT JUDGMENT
AGAINST FLIPPO CONSTRUCTION COMPANY, INC.**

COMES NOW Defendant, Flippo Construction Company, Inc., by and through counsel Carr Maloney P.C. and with the consent of plaintiff's counsel, hereby moves this court to remove the Default Judgment entered against Flippo Construction. As grounds therefore, defendant states that defense counsel just received the case and an answer will be filed shortly.

No prejudice will befall any party in granting this motion, and plaintiff hereby consents to the removal of the Default Judgment.

WHEREFORE, for the foregoing reasons, defendant respectfully request this Honorable Court to remove the default entered against it.

Respectfully submitted,

CARR MALONEY P.C.

By:  _____
Jan E. Simonsen, #417928
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

## MEMORANDUM OF POINTS AND AUTHORITIES

The record herein.

*[signature: Jan Simonsen]*

_____
Jan E. Simonsen

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Consent Motion to Remove Default Judgment* was filed electronically on this 16th day of August, 2007 to:

> David F. Hall, Esq.
> 707 D Street, S.E.
> Washington, D.C. 20003
>
> Diane M. Sullivan
> UNITED STATES ATTORNEY'S OFFICE
> 555 4th Street, NW
> Civil Division
> Washington, DC 20530
>
> Thomas S. Schaufelberger
> Saul Ewing LLP
> 1025 Thomas Jefferson St, NW
> Ste 425 W
> Washington, DC 20007-5209
>
> Harry J. Carleton
> LAW OFFICES OF ROGER MACKEY
> 14008 Park East Circle
> Chantilly, VA 20151
>
> Jason Todd Wasserman
> SEMMES, BOWEN & SEMMES
> 250 West Pratt Street
> Suite 16
> Baltimore, MD 21201


Jason Todd Wasserman
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Suite 16
Baltimore, MD 21201

_____
Jan E. Simonsen

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGAIN KOEHLING          :
                           :
    Plaintiff,             :
                           :
v.                         :         Case no.: 1:07-cv-001152
                           :         Judge Royce C. Lamberth
UNITED STATES OF AMERICA, et al.  :
                           :
    Defendants.            :
_____:

### ORDER

UPON CONSIDERATION of the Consent Motion to Remove Default Judgment it is this

_____ day of _____, 2007;

ORDERED, that the same be and hereby is GRANTED; and it is further

ORDERED, that the Default Judgment entered against Flippo Construction is hereby removed.

 

_____
Judge Royce C. Lamberth

cc:

Jan E. Simonsen
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, DC 20036

David F. Hall, Esq.
707 D Street, S.E.
Washington, D.C. 20003

Diane M. Sullivan
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Civil Division
Washington, DC 20530

Thomas S. Schaufelberger
Saul Ewing LLP
1025 Thomas Jefferson St, NW
Ste 425 W
Washington, DC 20007-5209

Harry J. Carleton
LAW OFFICES OF ROGER MACKEY
14008 Park East Circle
Chantilly, VA 20151

Jason Todd Wasserman
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Suite 16
Baltimore, MD 21201

Jason Todd Wasserman
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Suite 16
Baltimore, MD 21201