UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WOLFGANG KOEHLING,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1152 (RCL) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Upon consideration of defendant, Balfour Beatty Construction, LLC's, formerly known as Centex Construction, Consent Motion [8] to Extend Time for Filing Responsive Pleading, and finding good cause shown, it is hereby

ORDERED that the motion is GRANTED, and the time for defendant to file a responsive pleading is hereby extended to and including September 8, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.