IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WOLFGANG KOEHLING,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CASE NO.: 1:07-CV-01152  RCL |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| *et al.*, and | : | |
| | : | |
| **RTKL Associates, Inc.** | : | |
| 1250 Connecticut Avenue, N.W. | : | |
| Washington, D.C.  20036, | : | |
| | : | |
| **Defendants.** | : | |

## ANSWER TO COMPLAINT

The Defendant, RTKL Associates, Inc. ("RTKL"), by its attorneys, for Answer to the Complaint filed herein states as follows:

1.　　The Complaint fails to state a claim against this Defendant upon which relief may be granted.

2.　　Paragraphs 1, 2, 3, 4 and 5 of the Complaint are jurisdictional allegations and legal conclusions as to which no response is required.  To the extent a response is required, the allegations in these Paragraphs are denied.

3.　　The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraphs 6, 7, 8, 9, 10, 11, 12, 14, 15 18, 19, 20, 22, 23, 30, 31, 38, 39, 44, 45 and 50.

4.　　With respect to Paragraph 13 of the Complaint, Defendant admits that it is a corporation.  Defendant admits that it was retained by the Architect of the Capitol to provide

architectural services in connection with the Capitol Visitors Center. Defendant denies remaining allegations in this Paragraph.

5. With respect to Paragraphs 16 and 17 of the Complaint, Defendant denies that the alleged saw cut in the 100 block of Constitution Avenue, N.E., is included in any specifications, drawings or other documents prepared by RTKL. The Capitol Visitors Center project is over one block from the location of the alleged occurrence. Defendant denies that its specifications, drawings or other professional services on the Capitol Visitors Center project call for the installation of a water main in the 100 block of Constitution Avenue, N.E. Defendant denies all other factual allegations in this Paragraph.

6. The Defendant denies the allegations as asserted against this Defendant in Paragraphs 21, 24, 25, 26, 27, 28, 29, 32, 34, 35, 36, 37, 40, 41, 42, 43, 46, 47, 48, 49, 51, 52, 53, 54, 55, 56, 57, 58 and 59 of the Complaint.

7. With respect to Paragraph 33 of the Complaint, the Defendant re-asserts the responses previously given.

8. The Defendant denies all allegations of negligence, including duty, breach of duty, proximate causation and damages, and denies all allegations of liability to Plaintiff and demands strict proof of the claims asserted in the Complaint.

9. All allegations of fact which have not been specifically admitted herein are denied or denied as phrased.

10. Upon information and belief, the claims against the Defendant are, or may be, barred or recovery thereon is precluded, in whole or in part, based upon:

    a. assumption of risk

    b. contributory negligence

      c.    government contractor defense

      d.    release

      e.    statute of limitations

      f.    lack of privity

      g.    Such other defenses and affirmative defenses as may become evident through discovery and further investigation.

11.    Defendant reserves the right to amend this Answer based on investigation and discovery.

For the foregoing reasons, the Defendant prays that the Complaint be dismissed with costs, or in the alternative that judgment be entered in favor of the Defendant.

Respectfully submitted,

KING & ATTRIDGE

By:    /s/*Patrick James Attridge*
Patrick James Attridge, Esquire
Bar No.: 357973
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland 20850
Tel.: (301) 279-0780
Fax: (301) 279-2988
*Attorneys for Defendant RTKL Associates, Inc.*

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this 31st day of August, 2007, the foregoing Answer to Complaint was served via the Court's electronic filing service on all counsel of record.

/s/ *Patrick James Attridge*
Patrick James Attridge

3