IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING,                  *

    Plaintiff,                          *

v.                                  *     Case No.: 1:07-CV-01152 RCL

UNITED STATES OF AMERICA, *et al.*, *

                                        *

    **Defendants.**
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT, BALFOUR BEATTY CONSTRUCTION, LLC'S, F/K/A CENTEX CONSTRUCTION, LLC., ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Balfour Beatty Construction, LLC ("Defendant" or "Balfour Beatty "), f/k/a Centex Construction, LLC, successor-in-interest to Centex Construction Company, Inc., by its undersigned counsel, Jason T. Wasserman and Semmes, Bowen & Semmes, hereby answers Plaintiff's Complaint as follows:

1. Paragraph 1 consists of plaintiff's characterization of his lawsuit, to which no response is required. To the extent that a response is required, it is denied.

2. Paragraph 2 consists of plaintiff's characterization of his lawsuit, to which no response is required. To the extent that a response is required, it is denied.

3. Paragraph 3 consists of plaintiff's conclusion of law to which no response is required. To the extent that a response is required, it is admitted.

4. Paragraph 4 consists of plaintiff's conclusion of law to which no response is required. To the extent that a response is required, it is admitted.

5. Answering Paragraph 5, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained herein.

6. Answering Paragraph 6, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 6 of the plaintiff's Complaint.

7. Answering Paragraph 7, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 7 of the plaintiff's Complaint.

8. Answering Paragraph 8, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 8 of the plaintiff's Complaint.

9. Answering Paragraph 9, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 9 of the plaintiff's Complaint.

10. Answering Paragraph 10, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 10 of the plaintiff's Complaint.

11. Answering Paragraph 11, Defendant denies the allegations contained therein.

12. Answering Paragraph 12, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 12 of the plaintiff's Complaint.

13. Answering Paragraph 13, Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 13 of the plaintiff's Complaint.

14. Answering Paragraph 14, Defendant denies the allegations contained therein.

15. Answering Paragraph 15, Defendant denies the allegations contained therein.

16. Answering Paragraph 16, Defendant denies the allegations contained therein.

17. Answering Paragraph 17, Defendant denies the allegations contained therein.

18. Answering Paragraph 18, Defendant denies the allegations contained therein.

19. Answering Paragraph 19, Defendant denies the allegations contained therein.

20. Answering Paragraph 20, Defendant denies the allegations contained therein.

21. Answering Paragraph 21, Defendant denies the allegations contained therein.

22. Answering Paragraph 22, Defendant denies the allegations contained therein.

23. Answering Paragraph 23, Defendant denies the allegations contained therein.

24. Answering Paragraph 24, Defendant denies the allegations contained therein.

25. Answering Paragraph 25, Defendant denies the allegations contained therein.

26. Answering Paragraph 26, Defendant denies the allegations contained therein.

27. Answering Paragraph 27, Defendant denies the allegations contained therein.

28. Answering Paragraph 28, Defendant denies the allegations contained therein.

29. Answering Paragraph 29, Defendant denies the allegations contained therein.

30. Answering Paragraph 30, Defendant denies the allegations contained therein.

31. Answering Paragraph 31, Defendant denies the allegations contained therein.

32. Answering Paragraph 32, Defendant denies the allegations contained therein.

## **COUNT ONE**

33. Defendant incorporates by reference herein its answers to Paragraphs 1-32.

34. Answering Paragraph 34, Defendant denies the allegations contained therein.

35. Answering Paragraph 35, Defendant denies the allegations contained therein.

36. Answering Paragraph 36, Defendant denies the allegations contained therein.

37. Answering Paragraph 37, Defendant denies the allegations contained therein.

38. Answering Paragraph 38, Defendant denies the allegations contained therein.

39. Answering Paragraph 39, Defendant denies the allegations contained therein.

40. Answering Paragraph 40, Defendant denies the allegations contained therein.

41. Answering Paragraph 41, Defendant denies the allegations contained therein.

42. Answering Paragraph 42, Defendant denies the allegations contained therein.

43. Answering Paragraph 43, Defendant denies the allegations contained therein.

44. Answering Paragraph 44, Defendant denies the allegations contained therein.

45. Answering Paragraph 45, Defendant denies the allegations contained therein.

46. Answering Paragraph 46, Defendant denies the allegations contained therein.

47. Answering Paragraph 47, Defendant denies the allegations contained therein.

48. Answering Paragraph 48, Defendant denies the allegations contained therein.

49. Answering Paragraph 49, Defendant denies the allegations contained therein.

50. Answering Paragraph 50, Defendant denies the allegations contained therein.

51. Answering Paragraph 51, Defendant denies the allegations contained therein.

52. Answering Paragraph 52, Defendant denies the allegations contained therein.

53. Answering Paragraph 53, Defendant denies the allegations contained therein.

54. Answering Paragraph 54, Defendant denies the allegations contained therein.

55. Answering Paragraph 55, Defendant denies the allegations contained therein.

56. Answering Paragraph 56, Defendant denies the allegations contained therein.

57. Answering Paragraph 57, Defendant denies the allegations contained therein.

58. Answering Paragraph 58, Defendant denies the allegations contained therein.

59. Answering Paragraph 59, Defendant denies the allegations contained therein.

The remainder of the Complaint consists of plaintiff's prayer for relief to which no response is required. To the extent that a response is deemed required, Defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

**FIRST DEFENSE**

The Doctrine Of Assumption Of Risk

**SECOND DEFENSE**

The Doctrine Of Contributory Negligence

### THIRD DEFENSE

That the cause of action plead by the Plaintiff in the Complaint fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

That the Plaintiffs injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

### FIFTH DEFENSE

That the Plaintiff was not injured to the extent alleged in the Complaint.

### SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

### SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiffs injuries.

### EIGHTH DEFENSE

The Statute of Limitations.

### NINTH DEFENSE

Lack of Diversity Jurisdiction.

### TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

### ELEVENTH DEFENSE

The Doctrine of Consent.

## TWELFTH DEFENSE

The Doctrine of Justification.

## THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel.

## FOURTEENTH DEFENSE

The Doctrine of Res Judicata.

## FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence.

## SIXTEENTH DEFENSE

Plaintiff's alleged damages result from a pre-existing disease process for which this Defendant is not responsible.

## SEVENTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

## EIGHTEENTH DEFENSE

Failure to meet a condition precedent to contract or its beneficiary equivalent.

## NINETEENTH DEFENSE

No Breach of Contract.

## TWENTIETH DEFENSE

Laches.

## TWENTY FIRST DEFENSE

Lack of personal jurisdiction.

## TWENTY SECOND DEFENSE

Lack of subject matter jurisdiction

## TWENTY THIRD DEFENSE

Lack of Notice.

## TWENTY FOURTH DEFENSE

Plaintiff was trespasser.

## TWENTY FIFTH DEFENSE

The area was not under this Defendant's care, custody or control.

Defendant denies that any act or omission on its part caused or contributed to the injuries alleged by the plaintiff. Defendant denies each and every allegation in the Complaint that is not expressly admitted in this Answer.

Defendant further reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

**WHEREFORE**, Defendant respectfully requests that the Complaint be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

Respectfully submitted,

*/s/ Jason T. Wasserman*
Jason T. Wasserman, (D.C. Bar No. 495771)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

***Attorney for Defendant, Balfour Beatty Construction, LLC***

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 4th day of September, 2007, the foregoing was electronically filed and served on the counsel of record:

                                                                                              _/s/ Jason T. Wasserman_  
                                                                                              Jason T. Wasserman (D.C. Bar 495771)

B0735738.WPD