UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WOLFGANG KOEHLING, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1152 (RCL) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of the consent motion [17] to remove default judgment, it is hereby

ORDERED, that the same be and hereby is Granted; it is further

ORDERED, that the clerk's default entered against Flippo Construction is hereby vacated, and that Flippo Construction must file its answer to the complaint herein within 10 days of this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 2, 2007.