UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WOLFGANG KOEHLING,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1152 (RCL) |
| ) | |
| **UNITED STATES OF AMERICA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Although proof of service on defendant Gilbane Building Company has been filed, no response to the complaint has been submitted by Gilbane.  It is hereby

ORDERED that plaintiff shall, within 10 days of this date, cause default to be entered by the clerk and apply for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Rule 83.23

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 2, 2007.