IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |  |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:07-cv-01152 |
| | ) | Judge: Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.* | ) | Description: PI |
| | ) | |
|     Defendants. | ) | |

REQUEST FOR THE CLERK TO ENTER DEFAULT AS TO DEFENDANT
GILBANE BUILDING COMPANY, A PART OF GILBANE, INC., PURSUANT TO
<u>FEDERAL RULES OF CIVIL PROCEDURE 55</u>

COMES NOW Plaintiff, through Counsel and requests that the Clerk enter default in favor of the Plaintiff and against Defendant Gilbane Building Company, a part of Gilbane, Inc., only for failure to plead or otherwise defend against Plaintiff's Complaint for affirmative relief.

For cause Plaintiff states that Defendant Gilbane Building Company, a part of Gilbane, Inc., was served with process in this case on July 10, 2007, as evidenced by the Affidavit of Service electronically filed herein by Traci F. Hall on August 10, 2007. Defendants Answer or responsive pleading was due on July 30, 2007.

Defendant has failed to plead or otherwise defend this action, and has failed to request an enlargement of time to do so.

It is therefore requested that the Clerk enter default in favor of the Plaintiff and against Defendant Gilbane Building Company, a part of Gilbane, Inc.

Respectfully submitted,

_____/S/_____
David F. Hall – 441229
Attorney for Plaintiff
707 D St., S.E.
Washington, D.C. 20003
(202) 547-9823

Memorandum of Points and Authorities

1. Federal Rules of Civil Procedure 55(a).
2. The Affidavit of Service filed herein by Traci F. Hall on August 10, 2007.
3. Judge Royce C. Lamberth, October 2, 2007 Order.
3. The record herein.

_____/S/_____
David F. Hall

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing pleading: Request for the Clerk to Enter Default as to Defendant Gilbane Construction Company, a part of Gilbane, Inc., Pursuant to Federal Rules of Civil Procedure 55 will be served as a matter of course on all Counsel of record herein by electronic mail via the Court, and that a true copy of this Motion with the Affidavit of Service referenced therein was mailed by regular first class mail, postage prepaid to: Mark Diffenbaugh, Regional Fulfillment Manager, CT Corporation System, 1015 15th Street, NW, Suite 1000, Washington, D.C. 20005, who is the Registered Agent to receive service of process and notices for Defendant Gilbane Building Company, Inc., and to Kevin X Wetzel, Claim Case Manager, Zurich Insurance and Benjamin R. Everson, Zurich Insurance, both at Zurich North America, P.O. Box 13761 Philadelphia, PA 19104-3761 this 3th day of October, 2007.

_____/S/_____
David F. Hall

2