IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:07-cv-01152 |
| | ) | Judge: Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.* | ) | Description: PI |
| | ) | |
|     Defendants. | ) | |

MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT GILBANE BUILDING COMPANY, A PART OF GILBANE, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55

COMES NOW Plaintiff, through Counsel, and respectfully submits the instant Motion for Default Judgment based upon the following grounds:

1.    The Court in the instant case Ordered that the Plaintiff file request for default and move for default judgment or show cause why his complaint against Defendant Gilbane should not be dismissed for failure to prosecute.

2.    Plaintiff requested default and default was entered by the Clerk as to Defendant Gilbane on October 4, 2007 for failure to plead or otherwise defend this action although served with process on July 10, 2007.

3.    In compliance with the Order of this Court referenced above the Plaintiff now moves this Court to enter judgment by default pursuant to Rule 55(b) in favor of the Plaintiff and against Defendant Gilbane Building Company, a part of Gilbane, Inc., only.

4. Defendant Gilbane, subsequent to the Clerk's Entry of Default, engaged Counsel and moved to vacate the Clerk's Entry of Default for Defendant Gilbane's failure to answer or otherwise plead for a period of approximately three months after service.

5. Should the Court enter Judgment as requested, the Plaintiff further request that the Court grant leave to the Plaintiff to take testimony before the Court to determine Plaintiff's damages in this matter.

WHEREFORE, in consideration of the premises set forth by the undersigned attorney for the Plaintiff, the Plaintiff prays that the Court will enter judgment for the Plaintiff and against Defendant Gilbane Building Company, a part of Gilbane, Inc., and grant a hearing to determine Plaintiff's damages, and for all other and further relief as is just.

Respectfully submitted,

_____/S/_____
David F. Hall – 441229
Attorney for Plaintiff
707 D St., S.E.
Washington, D.C. 20003
(202) 547-9823

Memorandum of Points and Authorities

1. Federal Rules of Civil Procedure 55(a)(b).
2. Judge Royce C. Lamberth, October 2, 2007 Order.
3. The record herein.

_____/S/_____
David F. Hall

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true copy of the foregoing pleading: Motion for Default Judgment Against Defendant Gilbane Building Company, a Part of Gilbane, Inc. Pursuant to Federal Rule of Civil Procedure 55 and Proposed Order will be served as a matter of course on all Counsel of record herein by electronic mail via the Court.

               _____/S/_____
               David F. Hall

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

<u>CIVIL DIVISION</u>

| | | |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1152 (RCL) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DEFAULT JUDGMENT

The Motion of the Plaintiff for an Order of Default having been read and considered, and the Court having read and considered any Opposition thereto, and it appearing to the Court that Default was correctly entered by the Clerk against Defendant Gilbane for failure to answer or otherwise plead although properly served with the Summons and Complaint in this matter on July 10, 2007, it is by the Court this ___ day of _____, 2007,

ORDERED that Judgment by Default be and hereby is entered as to Defendant Gilbane Building Company, a part of Gilbane, Inc., only, and it is further,

ORDERED that this matter be set for a hearing before the Court to take testimony to determine Plaintiff's damages.

 

 

_____
Royce C. Lamberth, Judge