UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGAIN KOEHLING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case no.: 1:07-cv-001152 |
| | : | Judge Royce C. Lamberth |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants. | : | |
| ———————————————— | : | |

## ANSWER

COMES NOW Defendant, Flippo Construction Company, Inc. ("Flippo"), by and through counsel, CARR MALONEY P.C. and in answer to the Plaintiff's Complaint states as follows:

1.      Defendant is not required to either admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.      Defendant is not required to either admit or deny the allegations contained in Paragraph 2 of Plaintiff's Complaint.

## JURISDICTION

3.      Defendant admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.      Defendant admits the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.      Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore denies them.

## PARTIES

6.      Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore denies them.

7.      Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore denies them.

8.      Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore denies them.

9.      Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore denies them.

10.     Defendant admits the first sentence of Paragraph 10 of Plaintiff's Complaint. Insofar as Paragraph 10 alleges that Defendant Flippo was to work on the construction of the Capitol Visitors Center, defendant denies those allegations.

11.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint, and therefore denies them.

12.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint, and therefore denies them.

13.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint, and therefore denies them.

## STATEMENT OF FACTS

14.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint, and therefore denies them.

15.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint, and therefore denies them.

16.     Insofar as Paragraph 16 alleges that Defendant Flippo was instructed by Defendant United States, the Architect of the Capitol for the installation of a water main, Defendant admits the allegations.  Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 16 of Plaintiff's Complaint, and therefore denies them.

17.     Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.     Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint, and therefore denies them.

20.     Insofar as the allegations contained in Paragraph 20 allege that Flippo caused a dangerous condition, defendant denies those allegations.   Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 20 of Plaintiff's Complaint, and therefore denies them.

21.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and therefore denies them.

22.     Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.     Insofar as paragraph 23 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 23 of Plaintiff's Complaint, and therefore denies them.

24.     Insofar as paragraph 24 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 24 of Plaintiff's Complaint, and therefore denies them.

25.     Insofar as paragraph 25 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 25 of Plaintiff's Complaint, and therefore denies them.

26.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint, and therefore denies them.

27.     Insofar as paragraph 27 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 27 of Plaintiff's Complaint, and therefore denies them.

28.     Insofar as paragraph 28 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of Plaintiff's Complaint, and therefore denies them.

29.     Insofar as paragraph 29 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 29 of Plaintiff's Complaint, and therefore denies them.

30.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint, and therefore denies them.

31.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint, and therefore denies them.

32.     Insofar as paragraph 32 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 32 of Plaintiff's Complaint, and therefore denies them.

## COUNT ONE
(Negligence)

33.     Defendant incorporates by reference Paragraph 1 through 32 above.

34.     Insofar as paragraph 34 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 34 of Plaintiff's Complaint, and therefore denies them.

35.     Defendant admits the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.     Insofar as paragraph 36 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 36 of Plaintiff's Complaint, and therefore denies them.

37.     Defendant admits the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.     Paragraph 38 does not pertain to this Defendant, and therefore no response is required.

39.     Defendant admits the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.     Insofar as paragraph 40 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 40 of Plaintiff's Complaint, and therefore denies them.

41.     Insofar as paragraph 41 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the

remaining allegations contained in Paragraph 41 of Plaintiff's Complaint, and therefore denies them.

42.     Insofar as paragraph 42 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 42 of Plaintiff's Complaint, and therefore denies them.

43.     Insofar as paragraph 43 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 43 of Plaintiff's Complaint, and therefore denies them.

44.     Paragraph 44 does not pertain to this Defendant, and therefore no response is required.

45.     Paragraph 45 does not pertain to this Defendant, and therefore no response is required.

46.     Insofar as paragraph 46 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 46 of Plaintiff's Complaint, and therefore denies them.

47.     Insofar as paragraph 47 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 47 of Plaintiff's Complaint, and therefore denies them.

48.     Insofar as paragraph 48 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the

remaining allegations contained in Paragraph 48 of Plaintiff's Complaint, and therefore denies them.

49.     Insofar as paragraph 49 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 49 of Plaintiff's Complaint, and therefore denies them.

50.     Defendant denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.     Insofar as paragraph 51 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 51 of Plaintiff's Complaint, and therefore denies them.

52.     Insofar as paragraph 52 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 52 of Plaintiff's Complaint, and therefore denies them.

53.     Insofar as paragraph 53 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 53 of Plaintiff's Complaint, and therefore denies them.

54.     Insofar as paragraph 54 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 54 of Plaintiff's Complaint, and therefore denies them.

55.     Insofar as paragraph 55 pertains to Defendant Flippo, Defendant denies those

allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 55 of Plaintiff's Complaint, and therefore denies them.

56.    Insofar as paragraph 56 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 56 of Plaintiff's Complaint, and therefore denies them.

57.    Insofar as paragraph 57 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 57 of Plaintiff's Complaint, and therefore denies them.

58.    Insofar as paragraph 58 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 58 of Plaintiff's Complaint, and therefore denies them.

59.    Insofar as paragraph 59 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 59 of Plaintiff's Complaint, and therefore denies them.

WHEREFORE, the defendant, Flippo Construction Company, Inc., respectfully requests that the Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

<u>FIRST DEFENSE</u>

That the Complaint fails to state a claim upon which relief may be granted.

<u>SECOND DEFENSE</u>

Defendant avers that the Complaint is barred by the applicable statute of limitations.

<u>THIRD DEFENSE</u>

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

<u>FOURTH DEFENSE</u>

Defendant avers that the claim alleged in plaintiff's Complaint is barred by the plaintiff's assumption of the risk.

<u>FIFTH DEFENSE</u>

Defendant avers that the claim alleged in plaintiff's Complaint is barred due to the negligence and/or affirmative conduct of others for whom in law this defendant is not responsible.

<u>SIXTH DEFENSE</u>

Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

<u>SEVENTH DEFENSE</u>

Plaintiff's claim is barred by the doctrine of collateral estoppel and laches.

WHEREFORE, the defendant, Flippo Construction Company, Inc., respectfully requests that the Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C

By

_____
Jan E. Simonsen, Esq. DC Bar No.: 417928
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
(202) 310-5500
(202) 310-5555 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed on this 11th day of October, 2007, to:

David F. Hall
707 D Street, S.E.
Washington, DC  20003

Diane M. Sullivan
Judiciary Center Building
555 Forth Street, N.W.
Room E4919
Washington, DC  20530

Thomas S. Schaufelberger
Saul Ewing LLP
1025 Thomas Jefferson St, NW
Ste 425 W
Washington, DC 20007-5209

Harry J. Carleton
LAW OFFICES OF ROGER MACKEY
14008 Park East Circle
Chantilly, VA 20151

Patrick James Attridge, Esquire
The Anderson House
39 West Montgomery Avenue
Rockville, MD 20850-4210

James Todd Wasserman, Esquire
Semmes, Bowen & Semmes
A Professional Corporation
150 West Pratt Street, 16th Floor
Baltimore, MD 21201

Jan E. Simonsen