UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGAIN KOEHLING            :
                             :
      Plaintiff,            :
                             :
v.                           :     Case no.: 1:07-cv-001152
                             :     Judge Royce C. Lamberth
UNITED STATES OF AMERICA, et al. :
                             :
      Defendants.           :
                             :

## DEFENDANT FLIPPO CONSTRUCTION COMPANY, INC.'S ANSWER TO THE UNITED STATES OF AMERICA'S CROSS CLAIM

COMES NOW Defendant, Flippo Construction Company, Inc., by and through counsel, CARR MALONEY P.C. and in answer to the United States of America's Cross-Claim states as follows:

1.    Cross-Defendant admits the allegations contained in Paragraph 1 of the Cross-claim.

2.    Cross-Defendant admits the allegations contained in Paragraph 2 of the Cross-claim.

3.    Cross-Defendant admits the allegations contained in Paragraph 3 of the Cross-claim.

4.    Cross-Defendant admits the allegations contained in Paragraph 4 of the Cross-claim.

5.    Cross-Defendant denies the allegations contained in Paragraph 5 of the Cross-claim.

WHEREFORE, the defendant, Flippo Construction Company, Inc., respectfully requests that the Cross-claim filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the United States of America and that the cross-defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C

By  /s/ Jan Simonsen
Jan E. Simonsen, Esq. DC Bar No. # 417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500
(202) 310-5555 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed on this 11 day of October, 2007, to:

David F. Hall
707 D Street, S.E.
Washington, DC 20003

Diane M. Sullivan
Judiciary Center Building
555 Forth Street, N.W.
Room E4919
Washington, DC 20530

Thomas S. Schaufelberger
Saul Ewing LLP
1025 Thomas Jefferson St, NW
Ste 425 W
Washington, DC 20007-5209

20070919-ASW-4 (Ans to CC)

20070919-ASW-4 (Ans to CC)

Harry J. Carleton
LAW OFFICES OF ROGER MACKEY
14008 Park East Circle
Chantilly, VA 20151

Patrick James Attridge, Esquire
The Anderson House
39 West Montgomery Avenue
Rockville, MD 20850-4210

James Todd Wasserman, Esquire
Semmes, Bowen & Semmes
A Professional Corporation
150 West Pratt Street, 16th Floor
Baltimore, MD 21201

*/s/ Jan E. Simonsen*
Jan E. Simonsen