IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01152 |
| | ) | Judge: Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.* | ) | Description: PI |
| | ) | |
| Defendants. | ) | |

PLAINTIFF'S RESPONSE TO DEFENDANT GILBANE BUILDING COMPANY'S
MOTION TO VACATE ENTRY OF DEFAULT

COMES NOW Plaintiff, through Counsel and in response to Defendant Gilbane Building Company' Motion to Vacate states as follows:

1. Plaintiff does not consent to, but does not oppose Defendant's Motion.

2. Plaintiff has filed a Motion for Default Judgment in compliance with the Court's Order instructing Plaintiff to request default and to move for default judgment or explain why his Complaint should not be dismissed for lack of prosecution.

3. Plaintiff leaves this matter in the discretion of the Court.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  David F. Hall – 441229
                                                  Attorney for Plaintiff
                                                  707 D St., S.E.
                                                  Washington, D.C. 20003
                                                  (202) 547-9823

Memorandum of Points and Authorities

1. Federal Rules of Civil Procedure 55.
2. Defendant Gilbane's Motion to Vacate Entry of Default.
3. The record herein.

_____/s/_____
David F. Hall

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing pleading: Plaintiff's Response to Defendant Gilbane Building Company's Motion to Vacate Entry of Default will be served as a matter of course on all Counsel of record herein by electronic mail via the Court.

_____/s/_____
David F. Hall