IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                                    :

     Plaintiff,                                    :

v.                                                   : Case No.: 1:07-CV-01152
                                     Judge Royce C. Lamberth

GILBANE BUILDING COMPANY, ET.AL.                     :

     Defendants                                    :

## DEFENDANT GILBANE BUILDING COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW the defendant, Gilbane Building Company, by and through counsel of record, Law Office of Sanford Friedman, LLC, and hereby opposes the plaintiff's Motion for Entry of Default Judgment.  In opposition, the defendant states that the defendant has previously filed a Motion to Vacate the Order of Default in this matter which has been neither opposed nor consented to by the plaintiff.  For the reasons stated in the Defendant's Motion to Vacate the Order of Default, the defendant would ask this court to deny plaintiff's Motion for Entry of Default Judgment and permit the defendant to file an Answer in this matter.

Respectfully submitted,


                         /s/
Sanford A. Friedman, Esq.,
1050 17th Street, N.W. Suite 220,
Washington, D.C. 20036
(202) 331-1060
Counsel for Defendant Gilbane Building Company

## CERTIFICATE OF SERVICE

I HEREBY Certify that on this 19th  day of October, 2007, a copy of the foregoing document was served electronically on the following:

Thomas S. Schaufelberger, Esq.
Saul Ewing, LLP

1025 Thomas Jefferson Street, NW
Suite 425 W
Washington, DC 20007

Jan E. Simonsen, Esq.
Carr Maloney PC
1615 L Street, NW
Suite 500
Washington, DC 20036

Diane M. Sullivan, Esq.
United States Attorney's Office
555 4th Street, NW
Civil Division
Washington, DC 20530

Jason Todd Wasserman, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Suite 16
Baltimore, Maryland 21201

Pattrick James Attridge, Esq.
King & Attridge
39 West Montgomery Avenue
Rockville, MD 20850

Harry J. Carleton, Esq.
Law Offices of Roger Mackey
14008 Park East Circle]
Chantilly, VA 20151

David F. Hall, Esq.
David F. Hall & Associates
707 D Street, SE
Washington, DC 20003

                                                    /s/
                                        Sanford A. Friedman, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                                    :

     Plaintiff,                                       :

v.                                                   : Case No.: 1:07-CV-01152
                                      Judge Royce C. Lamberth

GILBANE BUILDING COMPANY, ET.AL.                     :

     Defendants                                      :

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  The defendant incorporates the arguments set forth in the Defendant's Motion to

Vacate the Default, which has neither been opposed nor consented to by the plaintiff.

Respectfully submitted,

_____/s/_____

Sanford A. Friedman, Esq.,
1050 17th Street, N.W. Suite 220,
Washington, D.C. 20036
(202) 331-1060
Counsel for Defendant Gilbane Building Company

## CERTIFICATE OF SERVICE

I HEREBY Certify that on this  19th  day of October, 2007, a copy of the foregoing
document was served electronically on the following:

Thomas S. Schaufelberger, Esq.
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 W
Washington, DC 20007

Jan E. Simonsen, Esq.
Carr Maloney PC
1615 L Street, NW
Suite 500
Washington, DC 20036

Diane M. Sullivan, Esq.
United States Attorney's Office
5554th Street, NW
Civil Division
Washington, DC 20530

Jason Todd Wasserman, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Suite 16
Baltimore, Maryland 21201

Pattrick James Attridge, Esq.
King & Attridge
39 West Montgomery Avenue
Rockville, MD 20850

Harry J. Carleton, Esq.
Law Offices of Roger Mackey
14008 Park East Circle]
Chantilly, VA 20151

David F. Hall, Esq.
David F. Hall & Associates
707 D Street, SE
Washington, DC 20003

                               /s/
                     Sanford A. Friedman, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                          :

      Plaintiff,                           :

v.                                         : Case No.: 1:07-CV-01152
                                             Judge Royce C. Lamberth

GILBANE BUILDING COMPANY, ET.AL.           :

      Defendants                           :

## <u>ORDER</u>

UPON CONSIDERATION of the Plaintiff's Motion for Entry of Default Judgment, the

opposition thereto,  and for good  cause shown, it is hereby this, _____ day of

_____, 2007,

ORDERED, that the Motion be DENIED.


                              _____
                                    JUDGE

Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 W
Washington, DC 20007

Jan E. Simonsen, Esq.
Carr Maloney PC
1615 L Street, NW
Suite 500
Washington, DC 20036

Diane M. Sullivan, Esq.
United States Attorney's Office
5554th Street, NW
Civil Division
Washington, DC 20530

Jason Todd Wasserman, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Suite 16

Baltimore, Maryland 21201

Pattrick James Attridge, Esq.
King & Attridge
39 West Montgomery Avenue
Rockville, MD 20850

Harry J. Carleton, Esq.
Law Offices of Roger Mackey
14008 Park East Circle]
Chantilly, VA 20151

David F. Hall, Esq.
David F. Hall & Associates
707 D Street, SE
Washington, DC 20003

Sanford A. Friedman, Esq.
1050 17th Street, NW
Suite 220
Washington, DC 20036