IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                                     :

      Plaintiff,                                        :

v.                                                    : Case No.: 1:07-CV-01152
                                   Judge Royce C. Lamberth

GILBANE BUILDING COMPANY, ET.AL.                      :

      Defendants                                        :

## DEFENDANT GILBANE BUILDING COMPANY'S ANSWER TO THE CROSS CLAIM OF THE UNITED STATES OF AMERICA

### First Defense

The cross claim fails to state a cause of action upon which relief can be granted.

### Second Defense

COMES NOW the defendant, Gilbane Building Company, by and through counsel of record, Law Office of Sanford Friedman, LLC, and in response to the specifically enumerated paragraphs of the Cross Claim states as follows:

1. Paragraph 1 of the Cross Claim is admitted.

2. Paragraph 2 of the Cross Claim is admitted.

3. Paragraph 3 of the Cross Claim is denied as vague.

4. Paragraph 4 of the Cross Claim is denied.

5. Paragraph 5 of the Cross Claim is denied.

### Third Defense

The cross claim is barred by the cross plaintiff's sole and/or contributory negligence.

### Fourth Defense

Any and all allegations not expressly admitted are heretofore DENIED.

Respectfully submitted,


_____/s/_____

Sanford A. Friedman, Esq.,
1050 17th Street, N.W. Suite 220,
Washington, D.C. 20036
(202) 331-1060
Counsel for Defendant Gilbane Building Company

### CERTIFICATE OF SERVICE

      I HEREBY Certify that on this 19th day of October, 2007, a copy of the foregoing document was served electronically on the following:

Thomas S. Schaufelberger, Esq.
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 W
Washington, DC 20007

Jan E. Simonsen, Esq.
Carr Maloney PC
1615 L Street, NW
Suite 500
Washington, DC 20036

Diane M. Sullivan, Esq.
United States Attorney's Office
555 4th Street, NW
Civil Division
Washington, DC 20530

Jason Todd Wasserman, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Suite 16
Baltimore, Maryland 21201

Pattrick James Attridge, Esq.
King & Attridge
39 West Montgomery Avenue
Rockville, MD 20850

Harry J. Carleton, Esq.
Law Offices of Roger Mackey
14008 Park East Circle]
Chantilly, VA 20151

David F. Hall, Esq.
David F. Hall & Associates
707 D Street, SE
Washington, DC 20003

_____/s/_____
Sanford A. Friedman, Esq.
