IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:07-CV-01152 |
| : | |
| UNITED STATES OF AMERICA, : | Judge Royce C. Lamberth |
| *et al.*, : | |
| : | |
| Defendants. : | |

**RTKL ASSOCIATES, INC.'S ANSWER TO
<u>CROSS-CLAIM OF UNITED STATES OF AMERICA</u>**

RTKL Associates, Inc. ("RTKL"), by its attorneys, for Answer to the Cross-claim filed herein by the United States of America states as follows:

1. The Cross-claim fails to state a claim against RTKL upon which relief may be granted.

2. In response to Paragraphs 1 and 2 of the Cross-claim, RTKL states that it did enter into a contract with the Architect of the Capitol, but that the contract referenced in the Cross-claim is unrelated to the construction activity described in the Complaint. RTKL denies all other allegations in Paragraphs 1 and 2 of the Cross-claim.

3. RTKL denies the allegations set forth in Paragraphs 3, 4 and 5 of the Cross-claim.

4. Upon information and belief, the claims asserted against RTKL are, or may be, subject to mandatory dispute provisions set forth in contracts between the United States of America and RTKL.

5. RTKL denies all allegations of negligence, breach of duty, proximate causation and damages, and denies all allegations of liability to Plaintiff and the United States of America and demands strict proof of the claims asserted in the Cross-claim.

6. All allegations of fact which have not been specifically admitted herein are denied or denied as phrased.

7. RTKL reserves the right to amend this Answer based upon investigation and discovery.

For the foregoing reasons, RTKL prays that the Cross-claim of the United States of America be dismissed, or in the alternative that judgment be entered in favor of RTKL with costs.

Respectfully submitted,

KING & ATTRIDGE

By: */s/ Patrick James Attridge*
Patrick James Attridge, Esquire
Bar No.: 357973
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland 20850
Tel.: (301) 279-0780
Fax: (301) 279-2988
*Attorneys for Defendant RTKL Associates, Inc.*

## JURY DEMAND

RTKL demands a trial by jury on all issues so triable.

          Respectfully submitted,

          KING & ATTRIDGE

By:   */s/ Patrick James Attridge*
       Patrick James Attridge, Esquire
       Bar No.: 357973
       The Anderson House
       39 West Montgomery Avenue
       Rockville, Maryland 20850
       Tel.: (301) 279-0780
       Fax: (301) 279-2988
       *Attorneys for Defendant RTKL Associates, Inc.*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 22nd day of October, 2007, **RTKL Associates, Inc.'s Answer to Cross-claim of United States of America** and **Jury Demand** were served via the Court's electronic filing service on all counsel of record.

          */s/ Patrick James Attridge*
          Patrick James Attridge, Esquire
          Bar No.: 357973