UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
**WOLFGANG KOEHLING,**                )
                                                          )
    **Plaintiff,**                              )
                                                          )
    **v.**                                         )     **Civil Action No. 07-1152 (RCL)**
                                                          )
**UNITED STATES OF AMERICA,** *et al.*,  )
                                                          )
    **Defendants.**                          )
_____)

### ORDER

The motion [30] of defendant Gilbane Building Company to vacate default is GRANTED, and the default [29] entered by the Clerk is VACATED. Although Gilbane should have tendered its answer with its motion, the Court will allow Gilbane to file its answer within 10 days of this date.

Plaintiff's motion [31] for default judgment as to Gilbane is DENIED.

All parties now having appeared, counsel shall meet and confer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 23, 2007.