UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case no.: 1:07-cv-001152 |
| : | Judge Royce C. Lamberth |
| UNITED STATES OF AMERICA, et al. : | |
| : | |
| Defendants. : | |
| : | |

### DEFENDANT FLIPPO CONSTRUCTION COMPANY, INC.'S ANSWER TO THE DEFENDANT GILBANE BUILDING COMPANY'S CROSS CLAIM

COMES NOW Defendant, Flippo Construction Company, Inc., ("Flippo") by and through counsel, CARR MALONEY P.C. and in answer to the Gilbane Building Company's Cross-Claim states as follows:

1. Cross-Defendant admits the allegations contained in Paragraph 1 of the Cross-claim.

2. Cross-Defendant admits the allegations contained in Paragraph 2 of the Cross-claim.

3. Insofar as Paragraph 3 pertains to Flippo Construction Company, Flippo denies the allegations contained in Paragraph 3 of the Cross-claim.

4. Insofar as Paragraph 4 pertains to Flippo Construction Company, Flippo denies the allegations contained in Paragraph 4 of the Cross-claim.

WHEREFORE, the defendant, Flippo Construction Company, Inc., respectfully requests that the Cross-claim filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the Gilbane Building Company and that the cross-

defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C

By *Van Simons*

Jan E. Simonsen, Esq. DC Bar No. # 417928
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 310-5500
(202) 310-5555 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed on this __1__ day of November, 2007, to:

> David F. Hall
> 707 D Street, S.E.
> Washington, DC 20003
>
> Diane M. Sullivan
> Judiciary Center Building
> 555 Forth Street, N.W.
> Room E4919
> Washington, DC 20530
>
> Thomas S. Schaufelberger
> Saul Ewing LLP
> 2600 Virginia Ave, N.W.
> Suite 100
> Washington, DC 20037
>
> Sanford A. Friedman, Esq.
> 1050 17th Street, N.W.
> Suite 220
> Washington, DC 20036

Harry J. Carleton
LAW OFFICES OF ROGER MACKEY
14008 Park East Circle
Chantilly, VA 20151

Patrick James Attridge, Esquire
The Anderson House
39 West Montgomery Avenue
Rockville, MD 20850-4210

Jason Todd Wasserman, Esquire
Semmes, Bowen & Semmes
A Professional Corporation
150 West Pratt Street, 16th Floor
Baltimore, MD 21201

*/s/ Jan Simonsen*
Jan E. Simonsen

20071031-ASW-10 (Ans to CC)