**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
WOLFGANG KOEHLING              )
                               )
              Plaintiff,       )
                               )
      v.                       ) Civil Action No. 07-1152 (RCL)
                               )
UNITED STATES OF AMERICA,      )
et al.                         )
                               )
              Defendants.      )
                               )
_____)
```

**FEDERAL DEFENDANT'S ANSWER TO GILBANE**
**BUILDING COMPANY'S CROSS-CLAIM**

The federal defendant, the United States, responds to Gilbane Building Company's Cross-Claim as follows:

**FIRST DEFENSE**

The Cross-Claim fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The federal cross-defendant denies that anything its agents, servants or employees did or failed to do caused injury or damage to the plaintiff.  To the extent plaintiff's claim has any merit, Gilbane Building Company is not entitled to indemnity or contribution from the federal cross-defendant.

**THIRD DEFENSE**

The claim for contribution and indemnity against the federal cross-defendant is barred by the contract between the federal cross-defendant and Gilbane Building Company.

**FOURTH DEFENSE**

To the extent that Plaintiff may be found to have sustained injuries or damages, those alleged injures or damages were not caused by any acts and/or omissions of any employee or entity of the United States.  To the extent that Plaintiff may be found to have sustained any injuries or damages, those alleged injuries or damages were proximately caused by the intervening, joint, and/or superceding acts and/or omissions of persons or entities other than an employee or agent of the United States or were due to Plaintiff's own fault, contributory negligence, and/or assumption of the risk.

**FIFTH DEFENSE**

The federal defendant, in response to the numbered paragraphs of the cross-claim, states as follows:

1.    The federal cross-defendant admits the description of plaintiff's action is accurate, but denies that any injuries sustained by plaintiff were the result of any negligent act or omission on the part of the federal cross-defendant.

2.    The federal cross-defendant admits that Gilbane Building Company has accurately described the contents of its answer to plaintiff's complaint, but denies any allegation that the acts or omissions of the United States action caused or contributed to the alleged injuries sustained by plaintiff.

2

3.    This paragraph is a conclusion of law to which no response is required.  To the extent a response is deemed necessary, the assertions against the federal cross-defendant are denied.  The federal cross-defendant denies that Gilbane Building Company is entitled to indemnity or contribution against it.

4.    The federal cross-defendant denies that it was negligent whether "sole and/or concurrent, active and/or primary" as alleged or that Gilbane Building Company is entitled to indemnity or contribution.

The remainder of the cross-claim is Gilbane Building Company's prayer for relief.  The federal cross-defendant denies that Gilbane is entitled to the relief requested or to any relief whatsoever against the federal cross-defendant.

**Wherefore,** the federal cross-defendant requests that the action against it be dismissed with prejudice and that the Court grant such other relief as it deems appropriate.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

4