IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING,        :
                          :
    Plaintiff,            :
                          :
v.                        :     Case No.: 1:07-cv-01152
                          :     Assigned to: Lamberth, Royce C.
                          :     Assign. Date: 6/27/2007
United States of America, et al.,  :     Description: PI/MALPRACTICE
                          :
    Defendants.           :

## DEFENDANT, W.M SCHLOSSER CO., INC.'S, ANSWER TO DEFENDANT, GILBANE BUILDING COMPANY'S CROSS CLAIM

COMES NOW, the Defendant, W.M. Schlosser Co., Inc., by and through its Counsel, The Law Offices of Roger S. Mackey and Harry J. Carleton, Esq., and in Answer to the Cross Claim filed by Gilbane Building Company, in the above-referenced matter states as follows:

1. Gilbane Building Company impermissevily filed a Joined Answer and Cross claim. This cross claim was buried behind the Defendant's Answer and was not conspicuously identified.

2. With respect to paragraphs 1 and 2 of the Cross Claim against W.M. Schlosser Co., Inc. this Defendant admits that such allegations were lodged and responded to by the parties.

3. This Defendant denies the allegations contained in paragraphs 3 and 4 of the Cross Claim against W.M. Schlosser Co., Inc. and demands strict proof thereof.

4.  The Defendant incorporates its answer and grounds of defense to the Plaintiff's complaint as if specifically plead herein.

5.  This Defendant generally denies all allegations of involvement, negligence and/or wrongdoing.

ANY ALLEGATIONS not previously addressed are hereby denied.

This DEFENDANT reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

### FIRST DEFENSE

The Doctrine Of Assumption Of Risk

### SECOND DEFENSE

The Doctrine Of Contributory Negligence

### THIRD DEFENSE

That the cause of action plead by the Cross-Plaintiff in the Cross Claim fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

That the Plaintiff's injuries, if any, were caused by the negligence of a person not a party to this suit nor over whom this Defendant exercised any control.

### FIFTH DEFENSE

That the Cross-Plaintiff was not injured to the extent alleged in the Cross Claim.

### SIXTH DEFENSE

That this Defendant committed no acts of negligence or other violations of the standard of care.

### SEVENTH DEFENSE

Any negligence committed by this Defendant is not a proximate cause of the Plaintiff's injuries.

## EIGHTH DEFENSE

The Statute of Limitations

## NINTH DEFENSE

The Doctrine of Comparative Negligence

## TENTH DEFENSE

That this Defendant committed no acts of negligence or other violations of law.

## ELEVENTH DEFENSE

The Doctrine of Consent

## TWELFTH DEFENSE

The Doctrine of Justification

## THIRTEENTH DEFENSE

The Doctrine of Collateral Estoppel

## FOURTEENTH DEFENSE

The Doctrine of Res Judicata

## FIFTEENTH DEFENSE

The Doctrine of Intervening Negligence

## SIXTEENTH DEFENSE

Immunity.

## SEVENTEENTH DEFENSE

Failure to meet a condition precedent to recovery.

## EIGHTEENTH DEFENSE

Failure to meet a condition precedent to contract.

## NINETEENTH DEFENSE

No Breach of Contract.

## TWENTIETH DEFENSE

Laches.

## TWENTY FIRST DEFENSE

The Doctrine of Clean Hands.

## TWENTY SECOND DEFENSE

Lack of Notice.

This DEFENDANT reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of this action as well as reserve the right to delete any defenses previously raised herein or amend any responses to allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegation.

WHEREFORE, the aforementioned premises considered, this Defendant respectfully requests that the Cross Claim be dismissed with prejudice, that costs be assessed and for further relief that this Court deems just.

                                                  W.M. SCHLOSSER CO., INC.
                                                  By Counsel

LAW OFFICES OF ROGER S. MACKEY

By: _____/s/_____
Harry J. Carleton, Esquire
14008 Park East Circle
Chantilly, Virginia  20151
VA Bar No. 68014
 (703) 818-6943
**Counsel for Defendant, W.M. Schlosser Co., Inc.**
*HCARLETO@travelers.com*

CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing pleading, **DEFENDANT, W.M SCHLOSSER CO., INC.'S ANSWER TO            , CROSS CLAIM,** was mailed, postage prepaid, this 16th day of November, 2007 to:

David F. Hall, Esquire
c/o Law Office of David F. Hall
707 D Street, S.E.
Washington, DC
**Attorney for Plaintiff**
202-547-9823
#441229
davidf.hall@verizon.net

Patrick James Attridge, Esquire
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland 20850-4210
**Counsel for Defendant RTKL Associates, Inc.**
Phone: 301-279-0780
Fax: 301-279-2988
pjattridge@kingattridge.com
rgeronimo@kingattridge.com

James Todd Wasserman, Esquire
Semmes, Bowen & Semmes,
A Professional Corporation
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
**Counsel for Balfour Beatty Construction, LLC, formerly Centex Construction, LLC.**
Phone: 410-576-4890
Fax: 410-539-5223
jwasserman@semmes.com

Thomas S. Schaufelberger, Esquire
Sundi Bonfiglio, Esquire
c/o Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 - The Watergate

Washington, DC 20037-1922
**Counsel for Jacobs Engineering**
Direct Dial: 202.295.6609
Direct Facsimile: 202.295.6709
*tschauf@saul.com*

Diane M. Sullivan, Esquire
U.S. Attorney's Office
555 4th Street, N.W.
Civil Division
Washington D.C. 20530
**Counsel for Defendant United States of America**
202-514-7205 – Phone
202-514-8780 – Fax

Jan E. Simonsen, Esquire
c/o Carr Maloney, PC
1615 L Street, N.W., Suite 500
Washington, DC 20036
Phone: 202-310-5522
**Counsel for Defendant Flippo Construction Company, Inc.**

Sanford A. Friedman, Esquire
c/o Law Office of Sanford Friedman, LLC
1050 17th Street, N.W., Suite 200
Washington, DC 20036
**Counsel for Defendant, Gilbane**
202-331-1060

/s/_____
Harry J. Carleton, Esq.

Nsn:0894815/1801029.doc