IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01152 |
| | ) | Judge: Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.* | ) | Description: PI |
| | ) | |
| Defendants. | ) | |

<u>SCHEDULING ORDER</u>

UPON CONSIDERATION of the parties' Rule 16.3 Meet and Confer Report to Court, the Court schedules this case as follows:

1. Rule 26(a)(1) Disclosures; by December 17, 2007.

2. Join Parties and/or Amend Pleadings; by February 15, 2008.

3. Plaintiff's Disclosure of Expert Witness Report(s), Rule 26(a)(2);  by March 30, 2008.

4. Defendant's Disclosure of Expert Witness Report(s), Rule 26(a)(2) by May 15, 2008.

5. All Discovery Completed; by July 7, 2008.

6. Expert Witnesses Depositions; During or After Close of Discovery.

7. Dispositive Motions filed; by August 7, 2008.

8. Oppositions to Dispositive Motions filed; by September 8, 2008.

9. Replies to Oppositions: by September 18, 2008.

10.  Dispositive Motions decided; by Court's calendar.

11.  Neutral Case Evaluation to be set at the discretion of the Court.

12.  ADR Date; Set by the Court after Dispositive Motions Are Decided.

13.  Pretrial Date; Set by the Court after ADR.

14.  Trial Date; Set by the Court at Pretrial.

 SO ORDERED;

_____/s/_____
United States District Judge Royce C. Lamberth