IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| WOLFGANG KOEHLING | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01152 |
| | ) | Judge Lamberth, Royce C. |
| UNITED STATES OF AMERICA, *et al.* | ) | Description: PI |
| | ) | |
| Defendants | ) | |

PLAINTIFF'S INITIAL DISCLOSURES
PURSUANT TO RULE 26(a)(1) F.R.Civ.P


1. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT PLAINTFF MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES:

    A. Individuals associated with the Plaintiff:

Wolfgang Koehling
911 North Carolina Ave., SE, Apt. B
Washington, DC 20003
202-361-2552
*Subject of Information:* How injury occurred. Damages claimed.

Tanya Scobie
321 A Street, SE
Washington, DC 20003
202-546-0753
*Subject of Information:* How injury occurred. Damages claimed.

Experts to be named at a later date pursuant to Court's Scheduling Order. *Subject of Information:* Standard of care issues; Breach issues; Codes and Regulations; Medical care and treatment; Future medical treatment and costs. Causality of injuries.

1

B. Individuals associated with the Defendants:

Mike Pickeral, Safety Superintendent
Flippo Construction Co., Inc.
3820 Penn-Belt Place
Forestville, MD 20747
301-967-6800 x. 242
*Subject of Information:* Notice issues; Facts and surrounding facts regarding street cut; who made cut; size of cut; circumstances of surrounding construction and its contribution to widening of cut; Work scope and safety issues; location of street cut; abandonment of street cut; refusal to repair street cut; contractor and subcontractor issues; investigation of claim and facts discovered during course of investigation; names and locations of employees; street closure/lack of; date and time of street cut

Randolph W. LaFever, Sr. Claims Representative
St. Paul Travelers (insuring W.M. Schlosser Company, Inc.)
14048 Parkeast Circle
Chantilly, VA 20151
703-818-6055
*Subject of Information:* Investigation of claim and facts discovered during investigation.

Mike Collins, General Superintendent
Flippo Construction
3820 Penn-Belt Place
Forestville, MD 20747
301-967-6800
*Subject of Information:* Investigation of claim and facts discovered during investigation; work scope; subcontractors and contractors; supervision of work performed; abandonment of street cut; refusal to repair; notice issues; location, width, and widening of cut; safety issues; identity of employees; equipment used in implementing street cut; street closure/lack of ; date and time of street cut; scope of work and contract for work in question; directions, plans, instructions for where cut was to be made

Joe Oaks, Project Manager
Architect of the Capitol
Office of General Counsel
The Ford House Office Bldg.
2nd and D Streets SW, Room H-2, 265A
Washington, DC 20615
Phone Number Unknown at this time
*Subject of Information:* Notice; Investigation of claim and facts surrounding street cut; failure to repair, scope of contracts; contractors, subcontractors;

width of street cut; widening of street cut; street closure/failure to close; directions, plans, instructions for where cut was to be made

C. Third Party Witnesses

    Amy L. Hyman, Officer
    US Capitol Police
    119 D Street SE
    Washington, DC 20510
    202-244-9801

    Juan C. Cardenas, Sergeant
    Patrol Division
    US Capitol Police
    119 D Street, NE
    Washington, DC 20510

    United States Capitol Police
    US Capitol Police
    119 D Street, SE
    Washington, DC 20510
    *Subject of Information:* Facts of occurrence and street cut; Facts surrounding occurrence and street cut; Widening of street cut; Road closure and failure to close; Injuries sustained

    Capitol Hill Bikes and Mechanical Staff
    709 8th Street, SE
    Washington, DC 20003
    202-544-4234
    *Subject of Information:* Property damage, values.

    Medlantic Healthcare Group
    PO Box 631481
    Baltimore, MD 21263
    800-423-3507
    *Subject of Information:* Damages; Medical treatment and care

    Yasmin Panehy, M.D.(Expert/Treating Physician)
    Washington Primary Care Physicians
    660 Pennsylvania Ave., SE, Ste. 100
    Washington, DC 20003
    202-546-4504
    *Subject of Information:* Damages; Medical treatment and care, causality

Virginia Lee, D.D.S., Oral and Maxillofacial Surgeon
(Expert/Treating Doctor)
Capital Aesthetic Center, LLC
1145 – 19th Street, NW, Ste. 333
Washington, DC 20036
202-296-6600
*Subject of Information:* Damages; Medical treatment and care, causality

Stephen I. Barsky, D.D.S. (Expert/Treating Dentist)
1145 19th Street, NW, Ste. 512
Washington, DC 20036
202-331-1644
*Subject of Information:* Damages; Medical treatment and care; causality

Groover, Christie and Meritt
Dept. 630
Washington, DC 20042-0630
301-562-7880
*Subject of Information:* Damages; Medical treatment and care

2. CATEGORIES AND LOCATIONS OF DOCUMENTS

Categories are 1) medical records and bills; 2) Police Report; 3) Photographs; 4) Correspondence; 5) Property damage bill/estimate. Location; of Documents:  Police Report, Photographs, and Correspondence in plaintiff's attorneys possession.  Copies of medical records and bills are in plaintiff's attorneys possession, originals are with the providers listed herein.

3. COMPUTATION OF DAMAGES

Compensation for all medical bills, future medicals $89,319.89; and compensatory damages for permanent physical injuries and emotional upset/diminished quality of life; compensation for property damage $5,729.24 (Total $1,000,000.00, including non-economic damages.

4. INSURANCE

AETNA is Plaintiff's health insurance carrier.  Defendants know of their carriers.

_____/s/_____
David F. Hall 441229
Attorney for Plaintiff
707  D Street, SE
Washington, DC 20003
(202) 547-9823