IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT BALFOUR BEATTY CONSTRUCTION, LLC'S
<u>RULE 26(a) DISCLOSURE</u>**

Defendant, Balfour Beatty Construction, LLC ("Balfour Beatty"), by its attorneys, hereby proffers its Rule 26(a) Disclosure, and with good cause states:

(A)   <u>Witnesses</u>: Balfour Beatty states that certain current employees may have personal knowledge of facts and information relevant to this case. Additionally, former employees of Centex Construction, LLC may be familiar with the facts and subject matter of this action. Centex Construction was acquired by Balfour Beatty in 2007 and Balfour Beatty is attempting to identify those specific individuals who are most knowledgeable of the facts relevant to this case. At this time, Balfour Beatty has identified the following persons as those most knowledge concerning the occurrence at issue in this case:

1. Rebecca Nordby, Project Manager, Balfour Beatty Construction, LLC, 3924 Pender Dr., Fairfax, VA 22030

2. Dan Novak, Assistant Superintendent, Balfour Beatty Construction, LLC, 3924 Pender Dr., Fairfax, VA 22030

3. Jeff Kearns (no longer with company)

4. Jeremy Hogge (no longer with company)

Balfour Beatty is continuing its investigation and will identify those additional individuals and provide the contact information for these individuals as this information becomes available. Balfour Beatty reserves the right to add additional witnesses if they become known throughout the course of investigation, discovery, and trial.

(B)     <u>Documents</u>:  Balfour Beatty has in its possession contracts, logs, blueprints, plans, and other documents and diagrams related to the construction of the Capitol Visitor's Center that may be pertinent to the allegations in this action.   Balfour Beatty reserves the right to identify additional documents or things that it may use to support its defenses.

(C)     <u>Damages:</u>  Applicable to Plaintiff.

(D)     <u>Insurance Agreement:</u>  At the time of the incident giving rise to this case, Defendant had an insurance policy with Liberty Mutual Fire Insurance Company, Policy Number RG2-691-004267-012, effective August 31, 2001 - January 31, 2005. Balfour Beatty will make the applicable liability policy available for inspection or copying upon request and at a mutually convenient time.

Balfour Beatty expressly reserves the right to supplement its additional disclosures pursuant to Rule 26(a), as additional information may become available during the course of investigation, discovery, and trial.

Respectfully submitted,

<u>/s/ Jason T. Wasserman</u>
Jason T. Wasserman, (D.C. Bar No. 495771)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

***Attorney for Defendant, Balfour Beatty Construction, LLC***

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this 17 th day of December, 2007, the foregoing Rule 26 Disclosure was electronically filed and served on the counsel of record:

/s/ *Jason T. Wasserman*
Jason T. Wasserman (D.C. Bar 495771)

B0762933.WPD