IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wolfgang Koehling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-001152-RCL |
| ) | Judge Royce C. Lamberth |
| United States of America, et al., ) | |
| ) | |
| Defendants. ) | |

**RULE 26(a)(1) DISCLOSURE OF
DEFENDANT JACOBS ENGINEERING GROUP, INC.**

COMES NOW, Defendant Jacobs Engineering Group, Inc. ("Jacobs"), by counsel, and sets forth initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Such disclosures are provided notwithstanding and without prejudice to the position of Jacobs that it had no involvement with the Capitol Visitors Center at the U.S. Capitol Building or the road cut0 described in Plaintiff's Complaint herein.

It is believed that persons employed by, and documents owned by and in the possession of, the Architect of the Capitol ("AOC") will provide information establishing the responsibility of various parties for the Capitol Visitors Center and the "saw cut" described in Plaintiff's Complaint. It is believed that those persons and documents will establish that Jacobs had no involvement with the matters at issue in Plaintiff's Complaint. It is the understanding of the undersigned that all documents generated on these projects were kept by and are in the possession of AOC. It is believed that documents and records owned by and in the possession of the AOC will establish responsibilities of the various parties involved in the project(s) at issue and that Jacobs had no such responsibility.

Witnesses: Other than representatives of other parties and plaintiff, Julian Sabatini of Jacobs Facilities, Inc. would have information about the manner of contracting by AOC. Mr. Sabatini can be contacted through undersigned counsel.

Documents: It is believed that AOC has possession of documents regarding the projects at issue, and describing the responsibilities of the various parties.

Respectfully submitted,

_____/s/ Thomas S. Schaufelberger_____
Thomas S. Schaufelberger, D.C. Bar No. 371934
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000
Washington, DC  20037
202-295-6609
FAX:  202-295-6709
E-mail: tschaufelberger@saul.com

*Counsel for Jacobs Engineering Group, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing ANSWER OF DEFENDANT JACOBS ENGINEERING GROUP, INC., will be served as a matter of course on all Counsel of Record herein by electronic mail via the Court, this 17th day of December, 2007.

_____/s/ Thomas S. Schaufelberger___ _____
Thomas S. Schaufelberger