UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING   :
                    :
    Plaintiff,      :
                    :
v.                  :   Case no.: 1:07-cv-01152
                    :   Judge Royce C. Lamberth
UNITED STATES OF AMERICA, et al.   :
                    :
    Defendants.     :
_____ :

**<u>DEFENDANT FLIPPO CONSTRUCTION COMPANY, INC.'S
RULE 26(a) DISCLOSURE</u>**

Defendant, Flippo Construction Company, Inc., ("Flippo") by and through counsel, CARR MALONEY P.C. hereby proffers its Rule 26(a) Disclosure:

    a.    <u>Witnesses:</u>  Flippo states that current employees may have personal knowledge of fact and information relevant of this case.  This includes, but is not limited to:

1. Dustin Harbaugh, Flippo Construction
   3820 Penn-belt Place
   Forrestville, MD  20747

2. Mike Collins, General Superintendent
   Flippo Construction
   3820 Penn-Belt Place
   Forrestville, MD  20747

3. Mike Pickeral, Safety Superintendent
   Flippo Construction
   3820 Penn-Belt Place
   Forrestville, MD  20747

<u>Additional Fact Witnesses:</u>

4. Joe Oaks, Project Manager
   Architect of the Capitol
   The Ford House Office Bldg.
   2nd and D Streets, SW
   Room H-02, 265A
   Washington, DC  20615

*Subject of Information:* Notice, Investigation of claim and facts surrounding street cut

Defendant reserves its right to name additional witnesses as they become known throughout the course of discovery.

b.  <u>Documents & Correspondence:</u>  Flippo has in its possession contracts, logs, plans, and other documents related to the Phase 1/Constitution Avenue Utility Relocation Project. Flippo also has in its possession correspondence, the accident report, and photographs related to the accident.

c.  <u>Damages:</u>  Please refer to plaintiff's disclosure.

d.  <u>Insurance Agreement:</u>  At the time of the accident, Defendant Flippo had an insurance policy with Zurich American Insurance Company, Policy Number GLO 4895513, effective date 5/1/04 to 9/30/05. Flippo will make the applicable liability policy available for inspection or copying upon request and at a mutually convenient time.

Flippo expressly reserves the right to supplement its additional disclosures pursuant to Rule 26(a), as additional information may become available during the course of investigation, discovery, and trial.

Respectfully submitted,

CARR MALONEY P.C

By  //S// Jan E. Simonsen
Jan E. Simonsen, Esq. DC Bar No. # 417928
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
(202) 310-5500
(202) 310-5555 fax

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that a copy of the foregoing was electronically filed on this 17th day of December, 2007, served on all counsel of record.

                                         //S// Jan E. Simonsen_____
                                         Jan E. Simonsen