# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WOLFGANG KOEHLING,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO.: 1:07-CV-01152 RCL** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| ***et al.*, and** | : | |
| | : | |
| **RTKL Associates, Inc.** | : | |
| **1250 Connecticut Avenue, N.W.** | : | |
| **Washington, D.C. 20036,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANT RTKL ASSOCIATES, INC.'S RULE 26(a) STATEMENT

The Defendant, RTKL Associates, Inc. ("RTKL"), by its attorneys, pursuant to the Court's Scheduling Order, respectfully submits this Rule 26(a) Statement.

(i) The following individuals likely have discoverable information that RTKL may use to support its claims or defenses:

Michael McQueen, AIA
Vice President
RTKL Associates Inc.
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 833-4400

Stephen Buck
RTKL Associates Inc.
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 833-4400

Brian Cornell
RTKL Associates Inc.
1250 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: (202) 833-4400

These individuals were RTKL employees who were involved in the Capitol Visitor Center project. They have knowledge that the scope of that project did not include the area where plaintiff was allegedly injured.

In addition, employees of the other Defendants and the Architect of the Capitol have knowledge that the scope of the Capitol Visitors Center project did not include the area where plaintiff was allegedly injured.

(ii) RTKL  has in its possession, custody, or control and may use to support its claims or defenses the following documents, electrically stored information, and tangible things:

RTKL's project file for the Capitol Visitors Center.

RTKL's contract(s) with the Architect of the Capitol.

(iii) Computation of each category of damages claimed by RTKL:

Not applicable.

(iv) Insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Not applicable; RTKL's professional liability carries a deductible in excess of the amount that may be awarded as damages in this action. In the event that any party wishes to see the policy, RTKL will make it available for inspection and copying.

RTKL reserves the right to supplement this Rule 26(a) Statement should additional responsive information become known during its investigation of this matter.

Respectfully submitted,

KING & ATTRIDGE

By:    /s/*Patrick James Attridge*
       Patrick James Attridge, Esquire
       Bar No.:  357973
       The Anderson House
       39 West Montgomery Avenue
       Rockville, Maryland  20850
       Tel.:  (301) 279-0780
       Fax:  (301) 279-2988
       *Attorneys for Defendant  RTKL Associates, Inc.*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 17th day of December, 2007, the foregoing Rule

26(a) Statement was served via the Court's electronic filing service on all counsel of record.

/s/ *Patrick James Attridge*
Patrick James Attridge