IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                                    :

     Plaintiff,                                    :

v.                                                   : Case No.: 1:07-CV-01152

GILBANE BUILDING COMPANY, ET.AL.

     Defendants

### DEFENDANT GILBANE BUILDING COMPANY'S RULE 26(a) STATEMENT

I.  Individuals With Discoverable Information

Jeff Davis c/o
Gilbane Building Company

Jeff Davis may have discoverable information regarding Gilbane's involvement with the project alleged, and whether the area where the plaintiff alleges he was injured was part of the project..

Matt Oneyear c/o
Gilbane Building Company

Matt Oneyear may have discoverable information regarding Gilbane's involvement with the project alleged and whether the area where the plaintiff alleges he was injured was part of the project..

II.  Gilbane Building Company has in its possession:

1.  The construction management contract for the Capitol Visitor's Center.

2.  Gilbane Building Company's file for the project.

III.  Computation of Each Item of Damage Claimed By Gilbane Building Company

N/A

III.  Insurance Agreement

Zurich American Insurance Company, Policy Limits, $1,000,000.00.

Gilbane Building Company reserves the right to supplement this designation should additional information become known.

Respectfully submitted,

_____/s/_____
Sanford A. Friedman, Esq., #412405
1050 17th Street, N.W. Suite 220,
Washington, D.C. 20036
(202) 331-1060
Counsel for Defendant Gilbane Building Company

## CERTIFICATE OF SERVICE

I HEREBY Certify that on this __17th__ day of December, 2007, a copy of the foregoing document was served electronically on the following:

Thomas S. Schaufelberger, Esq.
Saul Ewing, LLP
1025 Thomas Jefferson Street, NW
Suite 425 W
Washington, DC 20007

Jan E. Simonsen, Esq.
Carr Maloney PC
1615 L Street, NW
Suite 500
Washington, DC 20036

Diane M. Sullivan, Esq.
United States Attorney's Office
555 4th Street, NW
Civil Division
Washington, DC 20530

Jason Todd Wasserman, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Suite 16
Baltimore, Maryland 21201

Pattrick James Attridge, Esq.
King & Attridge
39 West Montgomery Avenue
Rockville, MD 20850

Harry J. Carleton, Esq.
Law Offices of Roger Mackey
14008 Park East Circle]
Chantilly, VA 20151

David F. Hall, Esq.
David F. Hall & Associates
707 D Street, SE
Washington, DC 20003

_____/s/_____
Sanford A. Friedman, Esq.
