IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:07-cv-01152 |
| | : Assigned to: Lamberth, Royce C. |
| | : Assign. Date: 6/27/2007 |
| United States of America, et al., | : Description: PI/MALPRACTICE |
| Defendants. | : |

**DEFENDANT W. M. SCHLOSSER CO INC'S RULE 26( a) STATEMENT**

The Defendant, The W.M. Schlosser Co. Inc. ("Schlosser"), by its attorneys, and pursuant to the Court's Scheduling Order, respectfully submits this Rule 26(a) Statement.

**Witnesses:** The following individuals likely have discoverable information that Schlosser may use to support its claims or defenses. These witnesses include but are not limited to:

**Jerry Sprouse,
Director of Risk Management and Health Safety
W.M. Schlosser Company.**

These individuals were Schlosser employees who were involved in the Capitol Visitor Center / Russell Senate Office Building project. They have knowledge that the scope of that project did not include the area where plaintiff was allegedly injured.

-2-

In addition, employees of the other Defendants and the Architect of the Capitol have knowledge that the scope of the Capitol Visitors Center / Russell Senate Office Building project did not include the area where plaintiff was allegedly injured.

Schlosser reserves the right to name additional witnesses as discovery continues and discloses same.

**Records**:   Schlosser has in its possession, custody, or control and may use to support its claims or defenses the following documents and tangible things:

Project file for the Capitol Visitors Center / Russell Senate Office Building Project.

Contract(s) for scope of work.

These persons and documents will establish that Schlosser had no involvement with the area and matters at issue in Plaintiff's Complaint.

Schlosser reserves the right to supplement this Rule 26(a) Statement should additional responsive information become known during its investigation of this matter.

                                                     W.M. SCHLOSSER CO., INC.
                                                   By Counsel

LAW OFFICES OF ROGER S. MACKEY

By:      /s/
Harry J. Carleton, Esquire
14008 Park East Circle
Chantilly, Virginia  20151
VA Bar No. 68014
(703) 818-6943
**Counsel for Defendant, W.M. Schlosser Co., Inc.**
HCARLETO@travelers.com

## CERTIFICATE OF SERVICE

I hereby certify a true copy of the foregoing pleading, **DEFENDANT, W.M SCHLOSSER CO., INC.'S RULE 26 (a) Statement** was mailed, postage prepaid, this 21st day of December, 2007 to:

David F. Hall, Esquire
c/o Law Office of David F. Hall
707 D Street, S.E.
Washington, DC
**Attorney for Plaintiff**
202-547-9823
#441229
davidf.hall@verizon.net

Patrick James Attridge, Esquire
*The Anderson House*
*39 West Montgomery Avenue*
*Rockville, Maryland 20850-4210*
**Counsel for Defendant RTKL Associates, Inc.**
Phone: 301-279-0780
Fax: 301-279-2988
pjattridge@kingattridge.com
rgeronimo@kingattridge.com

James Todd Wasserman, Esquire
Semmes, Bowen & Semmes,
A Professional Corporation
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201
**Counsel for Balfour Beatty Construction, LLC, formerly Centex Construction, LLC.**
Phone: 410-576-4890
Fax: 410-539-5223
jwasserman@semmes.com

Thomas S. Schaufelberger, Esquire
Sundi Bonfiglio, Esquire
c/o Saul Ewing LLP
2600 Virginia Avenue, NW
Suite 1000 - The Watergate
Washington, DC 20037-1922
**Counsel for Jacobs Engineering**
Direct Dial: 202.295.6609
Direct Facsimile: 202.295.6709
*tschauf@saul.com*

Diane M. Sullivan, Esquire
U.S. Attorney's Office
555 4th Street, N.W.
Civil Division
Washington D.C. 20530
**Counsel for Defendant United States of America**
202-514-7205 – Phone
202-514-8780 – Fax

Jan E. Simonsen, Esquire
c/o Carr Maloney, PC
1615 L Street, N.W., Suite 500
Washington, DC 20036
Phone: 202-310-5522
**Counsel for Defendant Flippo Construction Company, Inc.**

-5-

Sanford A. Friedman, Esquire
c/o Law Office of Sanford Friedman, LLC
1050 17th Street, N.W., Suite 200
Washington, DC 20036
**Counsel for Defendant, Gilbane**
202-331-1060

/s/_____
Harry J. Carleton, Esq.

Hjc/Nsn:0894815/Schlosser's Rule 26(a) Statement.doc