IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CASE NO.: 1:07-CV-01152 |
| | : | |
| UNITED STATES OF AMERICA, | : | Judge Royce C. Lamberth |
| *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### RTKL ASSOCIATES, INC.'S ANSWER TO
### CROSS-CLAIM OF GILBANE BUILDING COMPANY

RTKL Associates, Inc. ("RTKL"), by its attorneys, for Answer to the Cross-claim filed herein by Gilbane Building Company, states as follows:

1. The Cross-claim fails to state a claim against RTKL upon which relief may be granted.

2. In response to Paragraph 1 of the Cross-claim, RTKL states that Plaintiff has agreed to voluntarily dismiss his claims against RTKL.

3. RTKL admits the allegations set forth in Paragraph2 of the Cross-claim.

4. RTKL denies the allegations set forth in Paragraphs 3 and 4 of the Cross-claim.

5. Upon information and belief, the claims asserted against RTKL are, or may be, subject to mandatory dispute provisions set forth in contracts between the United States of America and RTKL.

6. RTKL denies all allegations of negligence, breach of duty, proximate causation and damages, and denies all allegations of liability to Plaintiff and the Gilbane Building Company and demands strict proof of the claims asserted in the Cross-claim.

7. All allegations of fact which have not been specifically admitted herein are denied or denied as phrased.

8. RTKL reserves the right to amend this Answer based upon investigation and discovery.

For the foregoing reasons, RTKL prays that the Cross-claim of Gilbane Building Company be dismissed, or in the alternative that judgment be entered in favor of RTKL with costs.

Respectfully submitted,

KING & ATTRIDGE

By: */s/ Patrick James Attridge*
Patrick James Attridge, Esquire
Bar No.: 357973
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland 20850
Tel.: (301) 279-0780
Fax: (301) 279-2988
*Attorneys for Defendant RTKL Associates, Inc.*

## JURY DEMAND

RTKL demands a trial by jury on all issues so triable.

                Respectfully submitted,

                KING & ATTRIDGE

By: */s/ Patrick James Attridge*
     Patrick James Attridge, Esquire
     Bar No.: 357973
     The Anderson House
     39 West Montgomery Avenue
     Rockville, Maryland 20850
     Tel.: (301) 279-0780
     Fax: (301) 279-2988
     *Attorneys for Defendant RTKL Associates, Inc.*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 24th day of January, 2008, **RTKL Associates, Inc.'s Answer to Cross-claim of Gilbane Building Company** and **Jury Demand** were served via the Court's electronic filing service on all counsel of record.

                */s/ Patrick James Attridge*
                Patrick James Attridge, Esquire
                Bar No.: 357973