IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wolfgang Koehling, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-001152-RCL |
| | ) | |
| United States of America, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION TO ENLARGE TIME TO JOIN PARTIES AND/OR AMEND
<u>PLEADINGS</u>

COME NOW, the undersigned Counsel for Plaintiff, with the consent of all Counsel of record, and moves the Court to modify its Scheduling Order in this case and to enlarge the time by sixty (60) days for parties to join parties and/or file amended pleading.  For cause Counsel states as follows:

1.    The Court's current Scheduling Order allows through February 15, 2008 for the parties to join parties and/or amend pleadings.

2.    Newly discovered evidence was made available to the undersigned Counsel yesterday (10 banker's boxes of documents not previously known of by the Architect of the Capitol's Legal Office).  These boxes contain information regarding certain subcontractors of Defendant W.M. Schlosser, Co., who were likely engaged in excavation and shoring of the north side of Constitution Avenue, N.E., Washington, D.C. in the 100 block adjacent to the area where the Plaintiff was injured.[1]  They also contain

---

[1] An allegation in Plaintiff's Complaint is that excavation in this location caused or contributed to the widening of the street saw cut into which the front wheel of Plaintiff's bicycle dropped, causing Plaintiff serious bodily injury.

information on a waterproofing company that may have inserted a foam-like weather stripping into the saw cut to superficially cover it or "waterproof" it.[2]

3.   All Counsel need additional time to verify this information and interplead these two subcontractors, if warranted.

WHEREFORE, Counsel for Plaintiff on behalf of all Counsel of record request that the Court's Scheduling Order be modified, and the time to join parties and/or amend pleadings be enlarged through April 15, 2008.

Respectfully submitted,

____/s/_____
David F. Hall, D.C. 441229
Attorney for Plaintiff
707 D St., S.E.
Washington, D.C. 20003
(202) 547-9823
FAX: (202) 547-9839

## MEMORANDUM OF POINTS AND AUTHORITIES

1.   Federal Rules of Civil Procedure.
2.   The Record herein, including the Court's Scheduling Order.
3.   Proposed Order.

_____/s/_____
David F. Hall

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings will be served as a matter of course on all Counsel of Record herein by electronic mail via the Court.

_____/s/_____
David F. Hall

---

[2] Another allegation in Plaintiff's Complaint is that the saw cut into which the front wheel of his bicycle dropped causing him serious bodily injury was disguised with a foam-like substance, which hid the depth and danger of the saw cut.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Wolfgang Koehling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-001152-RCL |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings, and the record herein, and the Court finding good cause to grant the Motion, it is by the Court this ___ day of February, 2008;

ORDERED that the Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings, be and hereby is GRANTED, and it is further

ORDERED that the parties Scheduling Order is hereby amended to allow the parties through April 15, 2008 to join parties and/or amend pleadings.

_____
J U D G E

Electronic Copies to: All Counsel of Record