**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Wolfgang Koehling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-001152-RCL |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings, and the record herein, and the Court finding good cause to grant the Motion, it is by the Court this 4th day of March, 2008;

ORDERED that the Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings, be and hereby is GRANTED, and it is further

ORDERED that the parties Scheduling Order is hereby amended to allow the parties through April 15, 2008 to join parties and/or amend pleadings.

__/s/_____
U.S. District Judge Royce C. Lamberth