## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wolfgang Koehling, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>United States of America, *et al.* )<br>)<br>  Defendants. ) | Case No. 1:07-cv-001152-RCL |

### ORDER

UPON CONSIDERATION of the Consent Motion to File Plaintiff's First Amended Complaint, and the record herein, it is by the Court this 4th day of March, 2008;

ORDERED that the Consent Motion to File Plaintiff's First Amended Complaint be GRANTED, and it is further

ORDERED that Plaintiff's First Amended Complaint be and hereby is deemed accepted and filed.

            ____/s/_____
            U.S. District Judge Royce C. Lamberth