IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 07-1152 |
| | ) RCL |
| UNITED STATES OF AMERICA, *et al*, | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION TO DISMISS

The Plaintiff, Wolfgang Koehling, by and through his attorney, pursuant to Fed.R.Civ.P. 41(a)(2), and with the **consent** of the Defendant RTKL Associates, Inc., moves the Court to dismiss without prejudice Plaintiff's claims against RTKL Associates, Inc. only. Plaintiff will continue this action against the other named Defendants.

Respectfully submitted,

By:   /s/ *David F. Hall*
      David F. Hall, Esquire
      Bar No.: 441229
      LAW OFFICE OF DAVID F. HALL
      707 'D' Street, S.E.
      Washington, D.C. 20003
      Tel.: (202) 547-9823
      *Attorneys for Plaintiff, Wolfgang Koehling*

We Consent:


KING & ATTRIDGE


By:*/s/ Patrick James Attridge*
Patrick James Attridge, Esquire
Bar No.: 357973
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland  20850
Tel.:  (301) 279-0780
Fax:  (301) 279-2988
*Attorneys for Defendant RTKL Associates, Inc.*


## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 12th day of March, 2008, the foregoing **Consent Motion to Dismiss** was served via the Court's electronic filing service on all counsel of record.


/s/ *David F. Hall*
David F. Hall, Esquire

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 07-1152<br>RCL |

**O R D E R**

UPON CONSIDERATION of the Consent Motion to Dismiss Plaintiff's claims against Defendant RTKL Associates, Inc., and the Defendant having consented to the Motion, it is this

_____ day of _____, 2008

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's claims against RTKL Associates, Inc. only are dismissed without prejudice, each party to bear its own costs.

_____
Royce C. Lamberth
United States District Judge