IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING,            *

    Plaintiff,              *

v.                            *   Case No.: 1:07-CV-01152 RCL

UNITED STATES OF AMERICA, *et al.*, *

    Defendants.             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO DISMISS

Plaintiff, Wolfgang Koehling, by and through his attorney, pursuant to Fed.R.Civ.P. 41(a)(2), and with the consent of Defendant, Balfour Beatty Construction, LLC, moves the Court to dismiss, without prejudice, Plaintiff's claims against Balfour Beatty Construction, LLC only. Plaintiff will continue this action against the other named Defendants.

                                              Respectfully submitted,

By:   */s/ David F. Hall*
        David F. Hall, Esquire
        Bar No.: 441229
        LAW OFFICE OF DAVID F. HALL
        707 'D' Street, S.E.
        Washington, D.C. 20003
        Tel.: (202) 547-9823

        *Attorneys for Plaintiff,*
        *Wolfgang Koehling*

We Consent:
*/s/ Jason T. Wasserman*
Jason T. Wasserman, (D.C. Bar No. 495771)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

***Attorney for Defendant, Balfour Beatty Construction, LLC***

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 12th day of March, 2008, the foregoing Consent Motion to Dismiss was served via the Court's electronic filing service on all counsel of record.

*/s/ David F. Hall*
David F. Hall, Esquire

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of the Consent Motion to Dismiss Plaintiff's claims against Defendant, Balfour Beatty Construction, LLC, and the Defendant having consented to the Motion, it is this _____ day of _____, 2008

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Plaintiff's claims against Balfour Beatty Construction, LLC only are dismissed without prejudice, each party to bear its own costs.

_____
Royce C. Lamberth
United States District Judge

B0784734.WPD