IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING | : |
| Plaintiff, | : |
| v. | : Case No.: 1:07-CV-01152 |
| GILBANE BUILDING COMPANY, ET.AL. | : |
| Defendants | : |

## CONSENT MOTION TO DISMISS

The Plaintiff, Wolfgang Koehling, by and through his attorney, pursuant to Fed.R.Civ.P. 41(a)(2), and with the consent of the Defendant Gilbane Building Company, moves the Court to dismiss without prejudice Plaintiff's claims against Gilbane Building Company only. Plaintiff will continue this action against the other named Defendants.

Respectfully submitted,

By: /s/ *David F. Hall*
David F. Hall, Esquire
Bar No.: 441229
LAW OFFICE OF DAVID F. HALL
707 D' Street, S.E.
Washington, D.C. 20003
Tel.: (202) 547-9823
Attorneys for Plaintiff, Wolfgang Koehling

We Consent:

_____/s/_____
Sanford A. Friedman, Esq.,, #412405
1050 17th Street, N.W. Suite 220,
Washington, D.C. 20036
(202) 331-1060
Counsel for Defendant Gilbane Building Company

**CERTIFICATE OF SERVICE**

  I HEREBY Certify that on this __13th__ day of March, 2008, a copy of the foregoing document was served via the court's electronic filing system on all counsel of record.:

___/s/___
David Hall, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING | : |
|     Plaintiff, | : |
| v. | : Case No.: 1:07-CV-01152 |
| GILBANE BUILDING COMPANY, ET.AL. | : |
|     Defendants | : |

## **ORDER**

UPON CONSIDERATION of the Consent Motion to Dismiss the Plaintiff's claims against Gilbane Building Company, and the defendant having consented to the motion, and for good cause shown, it is hereby this, _____ day of _____, 2008,

ORDERED, that the Motion be GRANTED; and it is,

FURTHER ORDERED, that the Plaintiff's Claims against Gilbane Building Company only are dismissed without prejudice, each party to bear its own costs.

 

                                                                                                          _____

                                                                                                                           JUDGE

cc.  All counsel of record