IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING | : |
|     Plaintiff, | : |
| v. | : Case No.: 1:07-CV-01152 |
| GILBANE BUILDING COMPANY, ET.AL. | |
|     Defendants | |

## CONSENT MOTION TO DISMISS

The Cross Plaintiff, United States of America, by and through their attorney, pursuant to Fed.R.Civ.P. 41(a)(2), and with the consent of the Defendant Gilbane Building Company, moves the Court to dismiss without prejudice the United States of America's Cross Claims against Gilbane Building Company only. Cross Plaintiff will continue their cross claim against the other named Cross-Defendants.

    Respectfully submitted,

    By: /s/ *Diane Sullivan*
    Diane Sullivan, Esquire
    Bar No.: 441229
    United States Attorney's Office
    555 4th Street, NW
    Washington, D.C. 20530
    Tel.: (202) 514-7205
    Attorneys for Defendant United States of America

    We Consent:

        /s/
    Sanford A. Friedman, Esq.,, #412405
    1050 17th Street, N.W. Suite 220,
    Washington, D.C. 20036
    (202) 331-1060
    Counsel for Defendant Gilbane Building Company

**CERTIFICATE OF SERVICE**

     I HEREBY Certify that on this __13th__ day of March, 2008, a copy of the foregoing document was served via the court's electronic filing system on all counsel of record.:

                                                  /s/
                                    Diane Sullivan, Esq.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING	:

    Plaintiff,	:

v.	: Case No.: 1:07-CV-01152

GILBANE BUILDING COMPANY, ET.AL.

    Defendants

## **ORDER**

UPON CONSIDERATION of the Consent Motion to Dismiss the United States of America's cross claim against Gilbane Building Company, and the defendant having consented to the motion, and for good cause shown, it is hereby this, _____ day of _____, 2008,

    ORDERED, that the Motion be GRANTED; and it is,

    FURTHER ORDERED, that the United States of America's Cross Claim against Gilbane Building Company only is dismissed without prejudice, each party to bear its own costs.

_____
JUDGE

cc.  All counsel of record