IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:  07-1152 |
| ) | RCL |
| UNITED STATES OF AMERICA, *et al*, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO DISMISS

The Cross-claimant United States of America, by and through its attorney, and the Cross-claimant Gilbane Building Company, by and through its attorney, pursuant to Fed.R.Civ.P. 41(a)(2), and with the **consent** of the Cross-defendant RTKL Associates Inc., moves the Court to dismiss without prejudice their respective Cross-claims against RTKL Associates Inc. only. Cross-claimants will continue this action against the other named Cross-defendants.

        Respectfully submitted,

         _/s/ Diane M. Sullivan_____
        Diane M. Sullivan, Esquire
        Bar # 441229
        United States Attorney's Office
        555 4TH Street, NW
        Civil Division
        Washington, D.C.  20530
        (202) 514-7205
        *Attorney for United States of America*


         _/s/ Sanford A. Friedman_____
        Sanford A. Friedman, Esq.
        Bar # 412405
        SANFORD FRIEDMAN, LLC
        1050 17th Street, NW, Suite 220
        Washington, DC 20036-5545
        (202) 331-1060
        *Attorney  for Gilbane Building Company*

We Consent:

KING & ATTRIDGE

By:*/s/ Patrick James Attridge*
Patrick James Attridge, Esquire
Bar # 357973
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland  20850
Tel.:  (301) 279-0780
Fax:  (301) 279-2988
*Attorneys for RTKL Associates Inc.*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 13th day of March, 2008, the foregoing **Consent Motion to Dismiss** was served via the Court's electronic filing service on all counsel of record.

*/s/ Patrick James Attridge*
Patrick James Attridge, Esquire

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 07-1152 |
| | ) | RCL |
| UNITED STATES OF AMERICA, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

UPON CONSIDERATION of the Consent Motion to Dismiss the Cross-claims of United States of America and Gilbane Building Company against RTKL Associates Inc., and the Cross-Defendant having consented to the Motion, it is this _____ day of _____, 2008

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Cross-claims of United States of America and Gilbane Building Company against RTKL Associates Inc. only are dismissed without prejudice, each party to bear its own costs.

							_____
							Royce C. Lamberth
							United States District Judge