IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO DISMISS

Cross-Plaintiff, the United States of America, by and through its attorney, pursuant to FED.R.CIV.P. 41(a)(2), and with the consent of Cross-Defendant, Balfour Beatty Construction, LLC, moves the Court to dismiss, without prejudice, the United States of America's cross-claims against Balfour Beatty Construction, LLC.

Respectfully submitted,

By:  */s/ Dianne M. Sullivan*
Dianne M. Sullivan, Esquire
UNITED STATES ATTORNEY'S OFFICE
555 4TH Street, NW
Civil Division
Washington, D.C.  20530
(202) 514-7205

*Attorney for United States of America*

We Consent:
*/s/ Jason T. Wasserman*
Jason T. Wasserman, (D.C. Bar No. 495771)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

***Attorney for Defendant, Balfour Beatty Construction, LLC***

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 13th day of March, 2008, the foregoing Consent Motion to Dismiss was served *via* the Court's electronic filing service on all counsel of record.

*/s/ Dianne M. Sullivan*
Dianne M. Sullivan, Esquire

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### O R D E R

UPON CONSIDERATION of the Consent Motion to Dismiss the United States of America's claims against Cross-Defendant, Balfour Beatty Construction, LLC , and the Defendant having consented to the Motion, it is this _____ day of _____, 2008

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the United States of America's cross-claims against Balfour Beatty Construction, LLC only are dismissed without prejudice, each party to bear its own costs.

                                                                                    _____
                                                                                    Royce C. Lamberth
                                                                                    United States District Judge