IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:07-CV-01152 RCL |
| UNITED STATES OF AMERICA, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT MOTION TO DISMISS

Cross-Plaintiff, Gilbane Building Company, by and through its attorney, pursuant to FED.R.CIV.P. 41(a)(2), and with the consent of Cross-Defendant, Balfour Beatty Construction, LLC, moves the Court to dismiss, without prejudice, Gilbane Building Company's cross-claims against Balfour Beatty Construction, LLC.

Respectfully submitted,

By:   /s/ Sanford A. Friedman
Sanford A. Friedman, Esq.
SANFORD FRIEDMAN, LLC
1050 17th Street, NW
Suite 220
Washington, DC 20036-5545
(202) 331-1060

*Attorney for Gilbane Building Company*

We Consent:
*/s/ Jason T. Wasserman*
Jason T. Wasserman, (D.C. Bar No. 495771)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

**Attorney for Defendant, Balfour Beatty Construction, LLC**

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 13th day of March, 2008, the foregoing Consent Motion to Dismiss was served *via* the Court's electronic filing service on all counsel of record.

*/s/ Sanford A. Friedman*
Sanford A. Friedman, Esq.

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING,                    *

    Plaintiff,                              *

v.                                                    *       Case No.: 1:07-CV-01152 RCL

UNITED STATES OF AMERICA, *et al.*,  *

    Defendants.                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Dismiss Gilbane Building Company's claims against Cross-Defendant, Balfour Beatty Construction, LLC , and the Defendant having consented to the Motion, it is this _____ day of _____, 2008

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Gilbane Building Company's cross-claims against Balfour Beatty Construction, LLC only are dismissed without prejudice, each party to bear its own costs.

_____
Royce C. Lamberth
United States District Judge