UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGAIN KOEHLING                          :
                                           :
      Plaintiff,                         :
                                           :
v.                                         :        Case No.: 1:07-cv-001152
                                           :        Judge Royce C. Lamberth
UNITED STATES OF AMERICA, *et al.*         :
                                           :
      Defendants.                        :
_____  :

## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendant, Flippo Construction Company, Inc. ("Flippo"), by and through counsel, CARR MALONEY P.C. and in answer to the Plaintiff's First Amended Complaint ("Complaint") states as follows:

1.     Defendant is not required to either admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.     Defendant is not required to either admit or deny the allegations contained in Paragraph 2 of Plaintiff's Complaint.

## JURISDICTION

3.     Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.     Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore denies them.

## PARTIES

6.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore denies them.

7.     Defendant is without sufficient knowledge to form a belief as to the truth of the

allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore denies them.

8.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore denies them.

9.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore denies them.

10.     Defendant admits the first sentence in Paragraph 10 of Plaintiff's Complaint. Defendant denies the remaining allegations in Paragraph 10 of Plaintiff's Complaint.

11.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint, and therefore denies them.

12.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint, and therefore denies them.

13.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint, and therefore denies them.

<u>**STATEMENT OF FACTS**</u>

14.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint, and therefore denies them.

15.     Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint, and therefore denies them.

16.     Insofar as Paragraph 16 alleges that Defendant Flippo was instructed by Defendant United States, the Architect of the Capitol for the installation of a water main, Defendant admits the allegations.  Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 16 of Plaintiff's Complaint, and therefore denies them.

17.    Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.    Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint, and therefore denies them.

20.    Insofar as the allegations contained in Paragraph 20 allege that Flippo caused a dangerous condition, defendant denies those allegations.    Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 20 of Plaintiff's Complaint, and therefore denies them.

21.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and therefore denies them.

22.    Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.    Insofar as Paragraph 23 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 23 of Plaintiff's Complaint, and therefore denies them.

24.    Insofar as Paragraph 24 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 24 of Plaintiff's Complaint, and therefore denies them.

25.    Insofar as Paragraph 25 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 25 of Plaintiff's Complaint, and therefore denies them.

26.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint, and therefore denies them.

27.    Insofar as Paragraph 27 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 27 of Plaintiff's Complaint, and therefore denies them.

28.    Insofar as Paragraph 28 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of Plaintiff's Complaint, and therefore denies them.

29.    Insofar as Paragraph 29 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 29 of Plaintiff's Complaint, and therefore denies them.

30.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint, and therefore denies them.

31.    Defendant is without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint, and therefore denies them.

32.    Insofar as Paragraph 32 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 32 of Plaintiff's Complaint, and therefore denies them.

## COUNT ONE
### (Negligence)

33.     Defendant incorporates by reference Paragraph 1 through 32 above.

34.     Insofar as Paragraph 34 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 34 of Plaintiff's Complaint, and therefore denies them.

35.     Defendant admits the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.     Insofar as Paragraph 36 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 36 of Plaintiff's Complaint, and therefore denies them.

37.     Defendant admits the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.     Paragraph 38 does not pertain to this Defendant, and therefore no response is required.

39.     Defendant admits the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.     Insofar as Paragraph 40 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 40 of Plaintiff's Complaint, and therefore denies them.

41.     Insofar as Paragraph 41 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the

remaining allegations contained in Paragraph 41 of Plaintiff's Complaint, and therefore denies them.

42.    Insofar as Paragraph 42 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 42 of Plaintiff's Complaint, and therefore denies them.

43.    Insofar as Paragraph 43 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 43 of Plaintiff's Complaint, and therefore denies them.

44.    Paragraph 44 does not pertain to this Defendant, and therefore no response is required.

45.    Paragraph 45 does not pertain to this Defendant, and therefore no response is required.

46.    Insofar as Paragraph 46 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 46 of Plaintiff's Complaint, and therefore denies them.

47.    Insofar as Paragraph 47 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 47 of Plaintiff's Complaint, and therefore denies them.

48.    Insofar as Paragraph 48 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the

remaining allegations contained in Paragraph 48 of Plaintiff's Complaint, and therefore denies them.

49.    Insofar as Paragraph 49 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 49 of Plaintiff's Complaint, and therefore denies them.

50.    Defendant denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.    Insofar as Paragraph 51 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 51 of Plaintiff's Complaint, and therefore denies them.

52.    Insofar as Paragraph 52 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 52 of Plaintiff's Complaint, and therefore denies them.

53.    Insofar as Paragraph 53 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 53 of Plaintiff's Complaint, and therefore denies them.

54.    Insofar as Paragraph 54 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 54 of Plaintiff's Complaint, and therefore denies them.

55.    Insofar as Paragraph 55 pertains to Defendant Flippo, Defendant denies those

allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 55 of Plaintiff's Complaint, and therefore denies them.

56.     Insofar as Paragraph 56 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 56 of Plaintiff's Complaint, and therefore denies them.

57.     Insofar as Paragraph 57 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 57 of Plaintiff's Complaint, and therefore denies them.

58.     Insofar as Paragraph 58 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 58 of Plaintiff's Complaint, and therefore denies them.

59.     Insofar as Paragraph 59 pertains to Defendant Flippo, Defendant denies those allegations. Defendant is without sufficient knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 59 of Plaintiff's Complaint, and therefore denies them.

WHEREFORE, the defendant, Flippo Construction Company, Inc., respectfully requests that the First Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

## FIRST DEFENSE

That the Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Defendant avers that the Complaint is barred by the applicable statute of limitations.

## THIRD DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

## FOURTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred by the plaintiff's assumption of the risk.

## FIFTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred due to the negligence and/or affirmative conduct of others for whom in law this defendant is not responsible.

## SIXTH DEFENSE

Defendant will rely upon all defenses lawfully available to it including, but not limited to, those already asserted herein.

## SEVENTH DEFENSE

Plaintiff's claim is barred by the doctrine of collateral estoppel and laches.

WHEREFORE, the defendant, Flippo Construction Company, Inc., respectfully requests that the First Amended Complaint filed herein against it be dismissed with prejudice, with costs, attorney's fees, and interest as provided by law assessed against the plaintiff and that the defendant be granted such other and further relief as this honorable Court deems just and proper.

Respectfully submitted,

CARR MALONEY P.C

By: _____

Jan E. Simonsen, Esquire, DC Bar No.: 417928
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Answer to Plaintiff's First Amended Complaint* was electronically filed on this 19th day of March 2008 to:

David F. Hall
707 D Street, S.E.
Washington, D.C.  20003

Diane M. Sullivan, Esquire
Judiciary Center Building
555 Forth Street, N.W.
Room E4919
Washington, D.C.  20530

Thomas S. Schaufelberger, Esquire
Saul Ewing LLP
2600 Virginia Ave, N.W.
Suite 100
Washington, D.C.  20037

Harry J. Carleton, Esquire
Law Offices Of Roger Mackey
14008 Park East Circle
Chantilly, Virginia 20151

Patrick James Attridge, Esquire
The Anderson House
39 West Montgomery Avenue
Rockville, Maryland  20850-4210

James Todd Wasserman, Esquire
Semmes, Bowen & Semmes
A Professional Corporation
150 West Pratt Street, 16th Floor
Baltimore, Maryland  21201

_____

Jan E. Simonsen