UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING             :
                              :
        Plaintiff,            :
                              :
v.                            :    Case no.: 1:07-cv-01152
                              :    Judge Royce C. Lamberth
UNITED STATES OF AMERICA, et al.   :
                              :
        Defendants.           :
_____:

**CONSENT MOTION TO EXTEND DISCOVERY DEADLINES**

COMES NOW the parties, by and through counsel, and hereby request that this Court extend discovery. As grounds therefore, the parties state the following:

1.      Presently, discovery closes on July 7, 2008. There are 5 parties involved in this case, and six separate attorneys. It has been extremely difficult scheduling depositions given the number of parties and counsel involved.

2.      It is anticipated that additional parties will be named in the litigation as third-party defendants.

3.      Plaintiff's counsel has indicated that several fact witness depositions need to occur before he can designate his experts and produce expert reports to the defendants.

4.      Extensive informal discovery has been completed, and deposition dates have been reserved for fact witnesses necessary prior to identifying experts.

5.      Moreover, newly discovered tapes in the possession of defendant United States of America are being disclosed, and in the interests of fairness and judicial economy, all counsel agreed to postpone two fact witness depositions until this disclosure occurs.

6. All counsel consent to this extension.

7. Presently, the Scheduling Order is as follows:

| | |
|---|---|
| Plaintiff's 26(a) Disclosures | March 31, 2008 |
| Naming additional parties | April 15, 2008 |
| Defendants' 26(a) Disclosures | May 15, 2008 |
| Discovery Close | July 7, 2008 |
| Motions Due | August 6, 2008 |
| Opposition Due | September 8, 2008 |

8. The parties propose the following changes to the Scheduling Order:

| | |
|---|---|
| Plaintiff's 26(a) Disclosures | July 31, 2008 |
| Naming additional parties | June 15, 2008 |
| Defendants' 26(a) Disclosures | September 15, 2008 |
| Discovery Close | December 1, 2009 |
| Motions Due | October 15, 2008 |
| Opposition Due | November 7, 2008 |
| Replies Due | November 21, 2008 |

9. Given the number of parties and counsel involved, as well as the fact that additional parties may be named, this extension is reasonable.

WHEREFORE, for the foregoing reasons, the parties hereby respectfully request that this Motion to Extend Discovery Deadlines be granted.

Respectfully submitted,

By  //S// David F. Hall  
 David F. Hall  
 707 D Street, S.E.  
 Washington, DC 20003  
 *Counsel for Plaintiff*

By  //S//  Jan E. Simonsen  
 Jan E. Simonsen, #417928  
 1615 L Street, N.W.  
 Suite 500  
 Washington, D.C. 20036  
 *Counsel for Flippo Construction Co.*

By  //S// Diane M. Sullivan  
 Diane M. Sullivan  
 Judiciary Center Building  
 555 Fourth Street, N.W.  
 Room E4919  
 Washington, DC 20530  
 *Counsel for United Stated of America*

By  //S// Thomas S. Schaufelberger  
 Thomas S. Schaufelberger  
 Saul Ewing LLP  
 2600 Virginia Ave, N.W.  
 Suite 100  
 Washington, DC 20037  
 *Counsel for Jacob Facilities, Inc.*

By  //S// Harry J. Carleton  
 Harry J. Carleton  
 LAW OFFICES OF ROGER MACKEY  
 14008 Park East Circle  
 Chantilly, VA 20151  
 *Counsel for W.M. Schlosser, Co., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically sent this 21st day of March 2008, to:

 David F. Hall  
 707 D Street, S.E.  
 Washington, DC 20003

 Diane M. Sullivan  
 Judiciary Center Building  
 555 Forth Street, N.W.  
 Room E4919  
 Washington, DC 20530

Thomas S. Schaufelberger,
Saul Ewing LLP
2600 Virginia Ave, N.W.
Suite 100
Washington, DC  20037

Harry J. Carleton
LAW OFFICES OF ROGER MACKEY
14008 Park East Circle
Chantilly, VA 20151

                                              //S// Jan E. Simonsen_____
                                              Jan E. Simonsen

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case no.: 1:07-cv-01152 |
| | : | Judge Royce C. Lamberth |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE MOTION FOR EXTENSION OF TIME IN WHICH TO**

1.   The record herein.

                                                 Respectfully submitted,

                                                 CARR MALONEY P.C.


                              By   //S// Jan E. Simonsen_____
                                         Jan E. Simonsen, #417928
                                         1615 L Street, N.W.
                                         Suite 500
                                         Washington, D.C.  20036
                                         (202) 310-5500
                                         (202) 310-5555 fax

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case no.: 1:07-cv-01152 |
| | : | Judge Royce C. Lamberth |
| UNITED STATES OF AMERICA, et al. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **O R D E R**

UPON CONSIDERATION of the Consent Motion to Extend Discovery Deadlines, it is this

_____ day of _____, 2008; hereby

ORDERED that the same be and hereby is GRANTED; and it is further

ORDERED that the Scheduling Order be revised as follows:

| | |
|---|---|
| Plaintiff's 26(a) Disclosures | July 31, 2008 |
| Naming additional parties | June 15, 2008 |
| Defendants' 26(a) Disclosures | September 15, 2008 |
| Discovery Close | December 1, 2009 |
| Motions Due | October 15, 2008 |
| Opposition Due | November 7, 2008 |
| Replies Due | November 21, 2008 |

_____
Judge Royce C. Lamberth