IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 07-1152 |
| | ) RCL |
| UNITED STATES OF AMERICA, *et al*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of the Consent Motion to Dismiss Plaintiff's claims against Defendant RTKL Associates, Inc., and the Defendant having consented to the Motion, it is this 25th day of March, 2008

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's claims against RTKL Associates, Inc. only are dismissed without prejudice, each party to bear its own costs.

/s/
Royce C. Lamberth
United States District Judge