**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Wolfgang Koehling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-001152-RCL |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

**MOTION TO COMPEL DEFENDANT W.M. SCHLOSSER, CO., INC. TO**
**PRODUCE DOCUMENTS**

COMES NOW, Plaintiff, through the undersigned Counsel, and moves this Court to issue an Order compelling Defendant W.M. Schlosser, Co., Inc. to forthwith respond to Plaintiff's First Request for Production of Documents to Defendant W.M. Schlosser Co., Inc. For cause Plaintiff states as follows:

1. Plaintiff's First Request for Production of Documents to Defendant W.M. Schlosser Co., Inc. was served on Defendant on February 11, 2008.

2. Responses are considerably past due.

3. Despite e-mails, correspondence, and phone calls made by the undersigned Counsel to in good faith secure this Defendant's responses, they have not been forth coming.

4. Plaintiff has two noted depositions of Defendant W.M. Schlosser Co., Inc.'s employees, and Plaintiff has made numerous good faith efforts to secure the production of the requested documents prior to the depositions currently set for April 29th and May 2nd without success.

5.  Plaintiff needs to note the depositions of other Defendant W.M. Schlosser, Co., Inc.'s employees, and designated representative, and the continuing delay in Defendant W.M. Schlosser in complying with discovery requests is delaying further deposition discovery in this case.

6.  Plaintiff's Counsel maintains the original Request for Production of Documents in his possession should the Court wish to view it.

For the forgoing reasons, Plaintiff respectfully request that this Court order the Defendant to produce the requested documents, and further Order that the Plaintiff can re-depose Defendant Schlosser's employees Danielle Gittens and George C. Gummer, (currently noted for April 29th and May 2nd) regarding any documents of which they should have knowledge and information, that have not yet been produced in response to Plaintiff's outstanding document request.

Respectfully submitted,

____/s/_____
David F. Hall, D.C. 441229
Attorney for Plaintiff
707 D St., S.E.
Washington, D.C. 20003
(202) 547-9823
FAX: (202) 547-9839

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  Federal Rules of Civil Procedure, Rule 37(a)(2).
2.  Proposed Order.

_____/s/_____
David F. Hall

## **GOOD FAITH CERTIFICATION**

I HEREBY CERTIFY, that I have conferred by e-mail, phone, and written correspondence to secure the disclosure of the requested documents to avoid involving the Court in this discovery matter. Efforts have been unsuccessful.

_____/s/_____
David F. Hall

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Compel Defendant W.M. Schlosser, Co., Inc. to Produce Documents will be served as a matter of course on all Counsel of Record herein by electronic mail via the Court.

_____/s/_____
David F. Hall

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Wolfgang Koehling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-001152-RCL |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

UPON CONSIDERATION of the Plaintiff's Motion to Compel Defendant W.M. Schlosser, Co., Inc. to Produce Documents in response to Plaintiff's First Request for Production of Documents to Defendant W.M. Schlosser Co. Inc. and Opposition thereto, if any, it is by the Court this __ day of _____, 2008;

ORDERED that Defendant respond to Plaintiff's First Request for Production of Documents to Defendant W.M. Schlosser Co., Inc. no later than close of business on the ___ day of _____, 2008; and it is further,

ORDERED that the Plaintiff may recall deponents Danielle Gittens and George Gummer for further deposition questioning concerning their knowledge of any documents produced by Defendant W.M. Schlosser, Co., Inc. in response to Plaintiff's First Request for Production of Documents to Defendant W.M. Schlosser Co., Inc.

                                                                              _____
                                                                              J U D G E

Electronic Copies to: All Counsel of Record