IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wolfgang Koehling,          )<br>                             )<br>    Plaintiff,            )<br>                             )<br>v.                           )<br>                             )<br>United States of America, *et al.*  )<br>                             )<br>    Defendants.          )  | Case No. 1:07-cv-001152-RCL |

PRACIPE WITHDRAWING, WITHOUT PREJUDICE,
MOTION TO COMPEL DEFENDANT W.M. SCHLOSSER, CO., INC. TO
PRODUCE DOCUMENTS

COMES NOW, Plaintiff, through the undersigned Counsel, and withdraws, without prejudice, his previously filed Motion to Compel Defendant W.M. Schlosser, Co., Inc. to Produce Documents.

Respectfully submitted,

____/s/_____
David F. Hall, D.C. 441229
Attorney for Plaintiff
707 D St., S.E.
Washington, D.C. 20003
(202) 547-9823
FAX: (202) 547-9839

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Praecipe Withdrawing Without Prejudice Motion to Compel Defendant W.M. Schlosser, Co., Inc. to Produce Documents will be served as a matter of course on all Counsel of Record herein by electronic mail via the Court.

_____/s/_____
David F. Hall