IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING,      *

    Plaintiff,      *

v.      *      Case No.: 1:07-CV-01152 RCL

UNITED STATES OF AMERICA, *et al.,* *

    Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PRAECIPE

Please be advised of my correct contact information for future mailings in connection with the above-captioned case:

    Jason T. Wasserman, Esquire
    Semmes, Bowen & Semmes
    25 South Charles Street
    Suite 1400
    Baltimore, Maryland 21201

    Respectfully submitted,

    /s/ Jason T. Wasserman
    Jason T. Wasserman, (D.C. Bar No. 495771)
    Semmes, Bowen & Semmes,
    25 South Charles Street, Suite 1400
    Baltimore, Maryland 21201
    Phone: (410) 576-4890
    Fax:    (410) 539-5223
    ***Attorney for Defendant,***
    ***Balfour Beatty Construction, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2008, a copy of the foregoing Praecipe was filed electronically with the Court and served electronically on all counsel of record.

/s/ Jason T. Wasserman
Jason T. Wasserman (D.C. Bar 495771)

B0800098.WPD