IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING | : |
|     Plaintiff, | : |
| v. | : Case No.: 1:07-CV-01152 |
| GILBANE BUILDING COMPANY, ET.AL. | : |
|     Defendants | : |

## ORDER

UPON CONSIDERATION of the Consent Motion to Dismiss the Plaintiff's claims against Gilbane Building Company, and the defendant having consented to the motion, and for good cause shown, it is hereby this, 29th day of May, 2008,

ORDERED, that the Motion be GRANTED; and it is,

FURTHER ORDERED, that the Plaintiff's Claims against Gilbane Building Company only are dismissed without prejudice, each party to bear its own costs.

_____/s/_____
Chief Judge Royce C. Lamberth