IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                              :

    Plaintiff,                                :

v.                                             : Case No.: 1:07-CV-01152

GILBANE BUILDING COMPANY, ET.AL.

    Defendants

## ORDER

UPON CONSIDERATION of the Consent Motion to Dismiss the United States of America's cross claim against Gilbane Building Company, and the defendant having consented to the motion, and for good cause shown, it is hereby this, 29th day of May, 2008

ORDERED, that the Motion be GRANTED; and it is,

FURTHER ORDERED, that the United States of America's Cross Claim against Gilbane Building Company only is dismissed without prejudice, each party to bear its own costs.

                                                _____/s/_____
                                                   Chief Judge Royce C. Lamberth