IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 07-1152 |
| | ) RCL |
| UNITED STATES OF AMERICA, *et al*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of the Consent Motion [67] to Dismiss the Cross-claims of United States of America and Gilbane Building Company against RTKL Associates Inc., and the Cross-Defendant having consented to the Motion, it is this 29th day of May, 2008

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Cross-claims of United States of America and Gilbane Building Company against RTKL Associates Inc. only are dismissed without prejudice, each party to bear its own costs.

                                        /    s    /
                                 Chief Judge Royce C. Lamberth