IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 07-1152<br>RCL |

**O R D E R**

UPON CONSIDERATION of the Consent Motion [68] to Dismiss the United States of America's claims against Cross-Defendant, Balfour Beatty Construction, LLC, and the Defendant having consented to the Motion, it is this 29th day of May, 2008

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the United States of America's cross-claims against Balfour Beatty Construction, LLC only are dismissed without prejudice, each party to bear its own costs.

                                                /    s    /
                                            Chief Judge Royce C. Lamberth