IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOLFGANG KOEHLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: 07-1152 |
| | )   RCL |
| UNITED STATES OF AMERICA, *et al*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

UPON CONSIDERATION of the Consent Motion [64] to Dismiss Plaintiff's claims against Defednant, Balfour Construction, LLC, and the Defendant having consented to the Motion, it is this 29th day of May, 2008

ORDERED that the Motion is GRANTED;  and it is further

ORDERED that the Plaintiff's claims against Balfour Beatty Construction, LLC only are dismissed without prejudice, each party to bear its own costs.

                                        /    s    /
                              Chief Judge Royce C. Lamberth