IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WOLFGANG KOEHLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.:  07-1152 |
| | ) | RCL |
| UNITED STATES OF AMERICA, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

UPON CONSIDERATION of the Consent Motion [69] to Dismiss Gilbane Building Company's claims against Cross-Defendant, Balfour Beatty Construction, LLC, and the Defendent having consented to the Motion, it is this 29th day of May, 2008

ORDERED that the Motion is GRANTED;  and it is further

ORDERED that Gilbane Building Company's cross-claims against Balfour Beatty Construction, LLC only are dismissed without prejudice, each party to bear its own costs.

                                          /   s   /
                                   Chief Judge Royce C. Lamberth