UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING                           :
                                            :
    Plaintiff,                              :
                                            :
v.                                          :    Case no.: 1:07-cv-01152 (RCL)
                                            :
UNITED STATES OF AMERICA, et al.            :
                                            :
    Defendants.                             :
_____     :

**O R D E R**

UPON CONSIDERATION of the Consent Motion to Extend Discovery Deadlines, it is this 29th day of May, 2008; hereby

ORDERED that the same be and hereby is GRANTED; and it is further

ORDERED that the Scheduling Order be revised as follows:

| | |
|---|---|
| Plaintiff's 26(a) Disclosures | July 31, 2008 |
| Naming additional parties | June 15, 2008 |
| Defendants' 26(a) Disclosures | September 15, 2008 |
| Discovery Close | December 1, 2009 |
| Motions Due | October 15, 2008 |
| Opposition Due | November 7, 2008 |
| Replies Due | November 21, 2008 |

_____/s/_____
Chief Judge Royce C. Lamberth