IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wolfgang Koehling, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-001152-RCL |
| | ) | |
| United States of America, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

SECOND CONSENT MOTION TO ENLARGE TIME TO JOIN PARTIES AND/OR
AMEND PLEADINGS

COME NOW, the undersigned Counsel for Plaintiff, with the consent of all Counsel of record, and moves the Court to modify its Scheduling Order in this case and to enlarge the time by sixty (69) days for parties to join parties and/or file amended pleading.  For cause Counsel states as follows:

1. The Court's current (amended) Scheduling Order allows through June 15, 2008 for the parties to join parties and/or amend pleadings.

2. Defendant W.M. Schlosser has recently made available substantial documents, which all parties are reviewing.

3. New documents and the deposition of George Gummer, a Schlosser employee, taken Wednesday June 4th disclosed information that may lead to the joinder of  additional parties to this suit.  Before Plaintiff makes this decision, the deposition of Mr. Jason Tobias, an ex-employee of defendant Jacobs Facilities Inc., who has now relocated to North Carolina, must be taken.  The deposition of Danielle Gittens, a current

W.M. Schlosser employee, and Woody Mossberg, another current W.M. Schlosser employee must also be taken for an informed decision to be reached regarding the joining of additional parties to this litigation. All Counsel are in the process of scheduling these depositions for the earliest possible dates that work with five attorneys' schedules. Although the deposition of Danielle Gittens was scheduled in this matter for June 4, 2008, because of the duration of the deposition of George Gummer, the deposition of Ms. Gittens had to be postpone, and is currently being rescheduled.

     4.     The depositions of the above named individuals must be taken to confirm the person, persons, or company who inserted the foam-like strip into the saw cut that caused Plaintiff's crash.  The depositions cannot be scheduled or completed by the June 15th deadline for joining parties and amending pleadings.

     5.     All Counsel have busy litigation schedules, however they have thus far worked effectively and cooperatively in scheduling discovery matters in this case.  The issues in the case have been narrowed substantially and unnecessary parties have been dismissed.

     6.     All Counsel need additional time to verify this information and to amend pleadings to join additional parties as warranted.

     WHEREFORE, Counsel for Plaintiff on behalf of all Counsel of record request that the Court's Scheduling Order be modified, and the time to join parties and/or amend pleadings be enlarged through August 18, 2008.

                          Respectfully submitted,

                          ____/s/_____
                          David F. Hall, D.C. 441229
                          Attorney for Plaintiff
                          707 D St., S.E.
                          Washington, D.C. 20003
                          (202) 547-9823
                          FAX: (202) 547-9839

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Federal Rules of Civil Procedure.
2. The Record herein, including the Court's Scheduling Order.
3. Proposed Order.

                          _____/s/_____
                          David F. Hall

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Second Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings will be served as a matter of course on all Counsel of Record herein by electronic mail via the Court.

                          _____/s/_____
                          David F. Hall

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wolfgang Koehling, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-001152-RCL |
| ) | |
| United States of America, *et al.* ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING
SECOND CONSENT MOTION TO ENLARGE TIME TO JOIN PARTIES AND/OR
AMEND PLEADINGS

UPON CONSIDERATION of the parties' Second Consent Motion to Enlarge Time to Join Parties and/or Amend Pleadings, and the Court finding good cause, it is this ____ day of _____, 2008 ORDERED that the parties' Motion is GRANTED, and the time for the parties to join additional parties through amendment of pleadings is enlarged through August 18, 2008.

_____
J U D G E