IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WOLFGANG KOEHLING          )
                           )
        Plaintiff          )
                           )
    vs.                    )          Civil No. 1:07-cv-01152
                           )
U.S.A., *et al*.           )
                           )
        Defendants.        )

PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

COMES NOW Plaintiff, through Counsel pursuant to Rule 26(a)(2) and the Court's Scheduling Order and discloses the following experts who may testify at trial.

1.    Terry R. Lane, President; Lane & Associates.
2.    Gerson J. Alexander, President; Positive Guidance Application, Inc.
3.    Virginia E. Lee, D.M.D.; Capital Aesthetic Center, LLC.
4.    Stephen I. Barsky, D.D.S.
5.    Yasmin Panahy, M.D.
6.    Kathleen M. Burger, M.D.; Medical Faculty Associates, The George Washington Univerisy.
7.    Scott A. McNamar, M.D., F.A.C.S.

The reports of Experts 1 and 2 above along with their CV's, Prior Testimony, and

Fee Schedules are appended hereto.

The reports of Treating Physicians from whom expert testimony will be presented

at trial are appended hereto.  Their medical records and bills have been previously

provided all defense Counsel of record.

Respectfully submitted,

_____/s/_____
David F. Hall - 441229
Attorney for Plaintiff
707 D St., SE
Washington, D.C. 20003
(202) 547-9823

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that a copy of the foregoing Plaintiff's 26(a)(2) filed herein this 31st day of July, 2008 with attachments will be served on all defense Counsel of record as a matter of course *via* the Court's electronic mail.


_____/s/_____
David F. Hall

**Terry R. Lane, President**
**Lane & Associates, Inc.**

## ACCIDENT ANALYSIS

## WOLFGANG KOEHLING

## QUALIFICATIONS

I am a recognized expert in the field of safety practices and work site safety, including the inspection, evaluation and investigation of work site accidents. I have a degree in Industrial Engineering from Ohio State University. I am a Professional Member of the American Society of Safety Engineers.

I am a former Occupational Safety and Health Administration (OSHA) Area Director, with 23 years experience working for OSHA. During my 23 years with OSHA, I was continuously in positions which required me to provide accurate interpretations of the OSHA standards and other standards related to work site safety.

I am currently President of Lane & Associates, a private safety and health consulting company which provides technical advice for the full spectrum of safety and health issues.

My rate of compensation is $150.00 per hour regardless of task and is not dependent on the outcome of the case.

A copy of my c.v. is attached to this report.

A list of cases which involved my expert testimony is also attached.

## PUBLICATIONS - None

## DOCUMENTS REVIEWED

As of this time, the following documents have been reviewed:

1.  Police report of the accident

2.  Numerous photographs of the accident scene

3.  DC Codes of Municipal Regulations, Title 24 Public space and safety

4.  DC DOT Regulation, 107 Legal relations & responsibility to public

5.  WM Schlosser Daily reports

6.  AOC contracts related to the site

7.  Flippo progress reports and billing records

8.  Jacobs progress reports and billing records

9.  WM Schlosser Safety Manual

10. WM Schlosser Traffic Control Material

11. Miscellaneous e-mails between defendants

12. Depositions of the following:

    A.  George Gummer
    B.  Michael Collins
    C.  Joseph Okes
    D.  Wolfgang Koehling
    E.  Dustin Harbaugh

**DISCUSSION** - The reviewed documents indicate the following:

1.   **Mr. Koehling**

The Police report of the accident indicates no violation of any safety standard on the part of Mr. Koehling.

Photographs of the accident indicate that Mr. Koehling had a proper safety helmet and there were no apparent safety deficiencies with his bicycle.

2.   **FLIPPO Construction**

Flippo Construction made the saw cut in Constitution Avenue as part of its installation of a 20 inch water main. The planned path of the water main had to be altered due to existing obstructions and the saw cut was apparently left undisturbed.

Flippo Construction was made aware that the unused saw cut was widening prior to the bike crash.

Infiltration of surface water into the saw cut caused wash out and caused the cut to widen.

There is no evidence the Flippo made any effort to repair the saw cut even though various regulations require that cuts in public roadways be repaired as soon as possible. Unrepaired cuts in public roadways can widen naturally due to erosion or the fact that water can enter the cut, freeze, and cause the cut to expand. Flippo also refused to repair the saw cut when requested by Jacobs Engineering when it was noted that the cut was widening.

3.   **W. M. SCHLOSSER CO.**

Prior to Mr. Koehling's accident, W.M. Schlosser Company had excavated an area near the saw cut as part of their work on the project. A Schlosser Daily Report dated June 26, 2004, states, "Visual inspection of the northern most portion of Constitution Ave shows the saw cut appears to be widening. The road surface appears to be 'sinking' along the jersey barriers." This appears to indicate that Schlosser's excavation was causing a shift in the roadway surface which would widen the saw cut.

Schlosser was also directly responsible for the traffic control plan for the area which would include the safety of vehicular traffic to include bicycles. There is no evidence of any warning signs or traffic being redirected even though Schlosser was aware that the cut was widening.

4.    **JACOBS ENGINEERING**

Jacobs Engineering was performing as a Construction Manager at the site. A Construction Manager's job is to provide oversight and construction expertise on behalf of the owner/developer. This duty includes control of safety matters affecting construction workers or the general public.

Jacobs Engineering knew, or, with the exercise of reasonable diligence, should have known of the activities of both Flippo and Schlosser, and should have ensured the proper correction of the hazard created by the widening saw cut.

There is also deposition testimony that Jacobs placed improper materials in the saw cut in an attempt to repair it.

These materials did not have the structural capabilities required for a proper repair of the saw cut and only served to increase the already existing hazard by helping to conceal it.

5.    **ARCHITECT OF THE CAPITOL**

The Architect of the Capitol also provided oversight and monitoring of the construction activities at its site.

The Architect knew, or, with the exercise of reasonable diligence, should have known of the activities of both Flippo and Schlosser, and should have ensured the proper correction of the hazard created by the widening saw cut.

4

**CONCLUSIONS**

Based on the foregoing, it is my opinion, to a reasonable degree of professional certainty, that:

1      Mr. Koehling's actions on the date of the accident were proper and in no way contributed to the accident.

2.    Flippo Construction created the hazard by making the saw cut and then abandoning it to the elements without repairing it. Natural elements, including surface water and washout widened the saw cut. This was foreseeable.

3.    W.M. Schlosser helped to create the hazard with its excavation activities which widened the saw cut. This was foreseeable.

4.    W.M. Schlosser was responsible to monitor excavation and utility support and protection systems daily during excavation, progress and for as long as excavations remained open, promptly correct bulges, breakage, or other evidence of movement to ensure that the excavation and utility support and protection systems remained stable. The responsibility included repair of the widening saw cut, which was breakage and other evidence of movement.

5.    W.M. Schlosser failed to protect the public from the hazard of the saw cut by not properly repairing it or barricading or diverting traffic and/or placing proper warning signs in the area.

6.    Jacobs Engineering helped create the hazard by placing substandard materials in the saw cut which had little or no load bearing capacity and only helped to conceal the hazard of the saw cut.

7.    Both Jacobs Engineering and the Architect of the Capitol had oversight of the construction activities at this site and knew, or should have known, with the excise of reasonable diligence, of the hazards created by the saw cut. Both failed to ensure that the saw cut was properly repaired, barricaded or traffic diverted, and/or proper warning signs placed in the area.

8.    Mr. Koehling's bike crash was reasonably foreseeable to the defendants.

9.    The above actions or lack of actions by the defendants did not meet the governing construction standards to timely remove or abate the hazard of the unused saw cut, to warn of its unsafe condition, or to deny access to the hazard.  The defendants' substandard acts and failures to act were the direct cause of Mr. Koehling's bike crash and subsequent trauma.

The conclusions and opinions set forth herein are based on documents reviewed to date.  I understand that discovery in this case continues, and reserve the right to supplement or amend this report.

Terry R. Lane, Safety Consultant          Date    24 July 08
Lane & Associates, Inc.
PO Box 1644
Pinehurst, NC 28370

6

**TERRY R. LANE, PRESIDENT**

**LANE & ASSOCIATES, INC.**
PO Box 1644, 2 Parson Road
Pinehurst, North Carolina 28370
PHONE:(910) 235-0742
FAX: (910) 235-0842

EDUCATION:  B.S. - INDUSTRIAL ENGINEERING - OHIO STATE UNIVERSITY

SAFETY RELATED EXPERIENCE:

2/95 - Present          PRESIDENT, LANE & ASSOCIATES, INC.

A private safety and health consulting service providing technical
advice and counsel about compliance with the full spectrum of safety
and health issues.  Service includes but is not limited to review and
development of safety and health programs, providing training and
presentations, site safety inspections, assistance in the abatement of
safety deficiencies, and general counsel to employers, employees and
associations as to their rights and responsibilities related to safety and
health issues.

3/92 - 2/95          AREA DIRECTOR, U.S. DEPARTMENT OF LABOR,
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

Direct responsibility for ensuring safe and healthful working conditions
for workers in the State of Maryland and the District of Columbia.
Work included the following:  development of a comprehensive safety
and health surveillance and enforcement program; reviews of
workplaces to ensure compliance with safety and health regulations;
issuance of citations and penalties; establishment of abatement
schedules; technical and legal advice to Federal agencies, State of
Maryland personnel, safety and health professionals in the area, and
private employers and employee groups; review of litigation issues for
quality and validity of the technical aspects of cases and by service as
an expert witness.

The foregoing requires an expert knowledge of national safety and health laws, policies, methodologies, regulations/standards and operational directives affecting an extremely diverse industrial population which includes high hazard, high safety risk occupations. It also requires a practical knowledge of techniques, concepts and procedures applied by safety and mechanical engineers, industrial hygienists and safety and health specialists.

**10/80 - 3/92**    **OCCUPATIONAL SAFETY AND HEALTH MANAGER, U.S. DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION**

Served as the government's technical expert for complex and/or unique safety and health issues arising in the States of Maryland, Virginia, Pennsylvania, Delaware, West Virginia and the District of Columbia. Provided technical advice and counsel to OSHA enforcement personnel, government attorneys, and employer and employee groups. Served as an expert witness in complicated legal cases.

**8/72 - 10/80**    **SAFETY AND HEALTH SPECIALIST, U.S. DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION**

Researched, developed, and wrote policies, procedures, directives and instructions relating to enforcement aspects of the Occupational Safety and Health Act. Reviewed a variety of inspection reports from the field concerning unusual and unprecedented technical problems and provided technical assistance to the field staff on the resolution of these problems.

**1/71 - 8/72**    **SAFETY AND HEALTH SPECIALIST, GENERAL MOTORS CORPORATION**

Performed in-plant safety and health inspections and ensured that any noted deficiencies were promptly and properly corrected.

**3/67 - 1/71**    **COMMISSIONED OFFICER, U.S. ARMY**

Vietnam veteran. Also served as range and munitions safety officer.

**TERRY R. LANE, PRESIDENT**

**LANE & ASSOCIATES, INC.**
PO Box 1644, 2 Parson Road
Pinehurst, North Carolina 28370

**CASES INVOLVING EXPERT TESTIMONY**

| | |
|---|---|
| June, 2008 | Steve McDonald v. Davis Construction<br>Superior Court of DC<br>2007 CA 001045 B<br><br>Koonz, McKenney, Johnson,<br>    Depaolis & Lightfoot<br>Washington, DC |
| June, 2008 | Guevara v. Michael Reichbach<br>Montgomery Circuit Court, Maryland<br>#285884<br><br>Regan, Zambri & Long<br>Washington, DC |
| May, 2008 | Christopher Edwards v. Leslie Shane Schmelzla<br>NC Edgecombe County Superior Court<br>07-CVS-556<br><br>James Scott Farrin<br>Durham, NC |
| November, 2007 | Whitfield v. Louisiana- Pacific Corp<br>US District Court. Durham Division<br>1:06CV00715<br><br>Hunton & Williams<br>Raleigh, NC |

November, 2007                    John Rittenour v. Hitt Construction
                                  Superior Court of DC
                                  2007 CA 000089 B

                                  Koonz, McKenney, Johnson,
                                    Depaolis & Lightfoot
                                  Washington, DC


August, 2007                      Mark Hottman v. MacKenzie Keck, Inc.
                                  Superior Court of DC
                                  05-2085

                                  Jordan Coyne Savits
                                  Washington, DC


June, 2007                        Nicholas Ritzer v. Free State Crane
                                  Circuit Court for Montgomery Count, Maryland
                                  26788-V

                                  Goldberg & Finnegan
                                  Silver Spring, Maryland


May, 2007                         Jorge Gomez v. D.R. Horton, Inc. - Jacksonville
                                  4th Judicial Circuit for Duval County Florida
                                  16-2004-CA-001343

                                  Smith, Hulsey & Busey
                                  Jacksonville, Florida


January, 2007                     Mario Castillo v. Richard Schafer Company
                                  US District Court of Maryland
                                  WDQ 06-CV-1425

                                  Goldberg & Finnegan
                                  Silver Spring, Maryland

December, 2006                     Charles Presley v. Commercial Moving & Rigging
                                   Superior Court for DC
                                   02 CA 009179

                                   Jordon, Coyne, Savits
                                   Washington, DC


October, 2006                      William L. Dobson  v . W.O. Grubb
                                   Circuit Court for Prince George's County
                                   CAL 05-24454

                                   Jordan, Coyne & Savits
                                   Washington, DC


July, 2005                         Henry Thompson v. Maryland Construction. Inc.
                                   Superior Court of D.C.
                                   CV-04ca0006421

                                   David F. Hall.Esq.
                                   Washington, DC


May, 2005                          Warren Garris v. Home Depot,USA
                                   US District Court of Maryland
                                   CV-2689

                                   Belsky, Weinberg & Horowitz
                                   Baltimore, Maryland


February, 2005                     Earl Beard v. Tyco Healthcare Group
                                   US District Court of Georgia
                                   CV1104-055

                                   The Middleton Firm
                                   Savannah, Ga

January, 2005

Martin Chavez v. United Masonry
Superior Court for DC
03-ca-3954

Doherty, Sheridan & Persian
Fairfax, VA


November, 2004

Debby A Brown v. Earl Franklin Lewis, et al
Circuit Court for Baltimore County
02-C-04-953396

Snyder, Slutkin & Kopec
Baltimore, MD


July, 2004

Jonathon Elias v. Union Light and Power
Superior Court for DC
02-ca001285

Kenneth J. Annis & Associates
Washington, DC


April, 2004

Woldermarian v. L Street Limited Partnership
Superior Court for DC
CA 01-CA009132

Blankingship & Keith
Fairfax, VA


April, 2004

Roger Jones v. Southland Concrete
Superior Court For Dc
CA 02-0008831

Doherty, Sheridan and Persian
Fairfax, VA

February, 2004

Christopher Moreno v. Clark Smoot
Superior Court For DC
CA 02CA007464

Bonner,Kiernan,Trebach & Crociata
Washington, DC

December, 2003

Randall Neal v. Goodyear Tire & Rubber
Circuit Court of Maryland for Baltimore City
24-C-03-002143

Kowitz, Wise & St. Laurent
Baltimore,MD

August, 2003

Charles Presley v. Commercial Moving & Rigging
Superior Court for DC
02 CA 009179

Jordon, Coyne, Savits
Washington, DC

July, 2003

Wendell Sippel v. MJS Corporation
Circuit Court for the City of Alexandria
CL-020082

Friedlandler,Misler,Sloan,Kletzkin & Ochsman
Washington, DC

June, 2003

Force v. Seasonaire
Montgomery County Circuit Court
#231549-V

Regan, Halperin & Long
Washington, DC

April, 2003

Richard Weishorn v. Charles H. Thompkins C0.
Superior Court for DC
CA 01-0007297

Sanford Friedman
Washington, DC


February, 2003

Douglass Lee v. P & G Wood Erectors
US District Court of Maryland

Regan, Halperin & Long
Washington, D.C.


December, 2002

Castiblanco v. Enviromental & Demolition Services
Circuit Court for Baltimore
24-C-01-001382

Regan, Halperin & Long
Washington, DC


August, 2002

Pritchett v. Northrop Grumman Systems
Circuit Court for Prince George's County, Maryland
CAL01-18787

Quinn, McAuliffe & Rowan
Rockville, MD

**Gerson J. Alexander**
**President Guidance Application, Inc.**



**POSITIVE GUIDANCE APPLICATIONS, INC.**
*319 VINE STREET #506*
*PHILADELPHIA, PENNSYLVANIA 19106-1108*
*TEL: 215-925-2424    MOBILE: 301-461-7839*
*E MAIL: gjalexander@verizon.net*

Tuesday, July 29, 2008

David F. Hall
707 D Street SE
Washington DC 20003

     Re:    Koehling v. USA et al.
             PRELIMINARY REPORT

Dear Mr. Hall:
At your request, in conjunction with the above-cited case, I have reviewed the following materials:

1.    Traffic Accident Report
2.    Five color photographs of the accident site
3.    First Amended Complaint
4.    Correspondence from Flippo Construction denying liability

I visited the site of the accident on Tuesday, March 11, 2008.

Based on the foregoing, I have assumed the following facts for purposes of formulating preliminary opinions:

1. The accident occurred on Thursday July 22, 2004 at approximately 4:36 PM in the 100 block of Constitution Avenue NE in Washington DC.
2. The weather was clear and dry.
3. Constitution Avenue NE was operating as a two lane, one way eastbound roadway in the southern most lanes due to the construction work occupying the two northern most lanes. The eastbound lanes were separated from the construction by concrete barriers.
4. Traffic volume was heavy in the afternoon peak hour traffic flow.
5. A saw cut wide enough and deep enough to entrap a bicycle wheel was left unsealed and exposed in the left lane in the direction of the traffic movement and parallel to the roadway.
6. A non rigid dark colored material had been inserted into the saw cut in lieu of sealing it with material that would support the weight of foreseeable traffic.
7. There were no warnings of the roadway condition or hazard.
8. As Mr. Wolfgang Koehling was traveling home from work, his bicycle's front wheel dropped into the exposed saw cut up to the fork of the front wheel, catapulting him head first onto the roadway, causing his injuries.
9. Mr. Koehling was operating his bicycle at or below the speed limit of 25 MPH.

## Analysis and Conclusions

The exposed saw cut lying parallel to the traffic flow was a hazardous condition for any and all two wheeled vehicles traveling in the left eastbound lane. The condition was exacerbated by both the lack of warning and the lack of conspicuity of the hazard itself. A bicycle operator would have to see and recognize the hazard and also recognize that the filler material, which is designed to blend in with the color of the surrounding pavement, did not, in fact, seal the cut. In my opinion, this would be an extremely difficult task at any time, but made substantially more complex for the operator given the high traffic volume in the afternoon peak hour on Constitution Avenue.

It is a truism in the safety field that there are only three ways to protect the public from a hazard;

- Remove the hazard – in this case that would mean sealing the saw cut appropriately
- If removing the hazard is either not possible or not feasible, then provide effective warning of the hazard – in this case, there is no effective warning; i.e., there is no traffic control device that would warn highway users of an inappropriately sealed saw cut
- If neither removal nor warning is a viable answer, deny the highway user access to the hazard – in this case, close the lane by barrier or barricade.

It is evident that there was no attempt to protect the public from the hazard.

Because of the overwhelming difficulty in detecting and recognizing the hazard as it existed on the afternoon of July 22, 2004 and the lack of appropriate treatment of the hazard by those responsible to protect the public, it is apparent that Mr. Koehling was the innocent victim and bears no responsibility for the causation of this accident.

If there is any further information I can supply, please let me know.

Sincerely,

Gerson J. Alexander
President



*POSITIVE GUIDANCE APPLICATIONS, INC.*
*319 VINE STREET, # 506, PHILADELPHIA, PA 19106*
*TEL: 215-925-2424 MOBILE: 301-461-7839*
*E MAIL: gjalexander@verizon.net*

*Curriculum Vitae*
## GERSON J. ALEXANDER
### President

## PROFESSIONAL STATUS

I am a certified ergonomics/human factors consultant, the founder and president of Positive Guidance Applications, Inc. The company engages in the conduct of seminars on human factors in highway design, traffic operations and safety, the analysis of hazardous highway locations, in expert testimony and in the development of highway information systems.

Since leaving the Federal Highway Administration (FHWA) in October 1985, I have conducted seminars in 12 States, in seven Canadian provinces, in South America, Europe, and Australia addressing several thousand highway engineers and technicians, attorneys, safety specialists, enforcement personnel, accident investigators, reconstructionists, ergonomists, educators and graduate students. I have consulted on matters of traffic control, and traffic control devices either directly or on a contract basis with the States of Maryland, Florida, Virginia, Pennsylvania, Delaware and Arizona, and the Provinces of Ontario and British Columbia. I have served in a leadership capacity on several committees of the Institute of Transportation Engineers and the Human Factors and Ergonomics Society, and have been retained as an ergonomics/human factors expert by more than 300 defense and plaintiff attorneys in 45 States, the District of Columbia and the Provinces of New Brunswick and Ontario.

In January 2002, I formed, organized and currently coordinate the activities of a consortium of independent, private sector senior human factors professionals to sponsor and provide guidance and recommendations to the National Committee on Uniform Traffic Control Devices.

## EDUCATION

B.S. in Psychology - Pennsylvania State University - 1957
Graduate course work in psychology and management
      Temple University - Philadelphia, PA
      New York University - New York, NY
      Hofstra University - Hempstead, LI, NY

## CAREER EXPERIENCE

Federal Service - June 1969 to October 1985
1971 - 1985    Chief, Human Factors Branch / Traffic Performance Branch, FHWA

I planned and directed all human factors activities related to design, traffic and highway operations and safety in FHWA. I identified, interpreted and evaluated behavioral and traffic control research, defined its application in design, operations and safety, promoting application among field offices, highway departments, and in the development of policy. I was the principal consultant to all operating headquarters and field offices and several States relating to drivers' interaction with their environment, particularly in safety, design and traffic control.

I formulated, developed and managed the Positive Guidance program, an integrated traffic engineering/human factors approach to highway safety and efficient traffic performance. In addition to developing the basic concept, I managed the research contract that produced the Users' Guide; and developed and conducted the training program in over 30 States. I acted as the negotiating agent between FHWA headquarters and seven States for demonstration projects in the program. I directed the development of a project evaluation technique that adapts research methods and analytic techniques to the real world constraints of highway and traffic engineering improvement projects. For these efforts I received the Federal Highway Administrator's Award for Superior Achievement. I participated in the development of the 1971 and 1978 editions of the Manual on Uniform Traffic Control Devices (MUTCD), making recommendations on content and developing language for several sections therein. In the course of my 16 years in these positions, I developed and conducted seminars and symposia on the integration of highway engineering and human factors for over 5,000 highway engineers around the United States.

1969 - 1971    Engineering Psychologist - FHWA
As the only psychologist in any operating office of the FHWA, I performed human factors studies in the areas of traffic control device design, highway design and safety. I coordinated behavioral research performed within and outside FHWA with the needs of the operating offices. I developed methods to analyze drivers' interaction with their environment, and taught these methods to FHWA and State personnel around the country.

1965 - 1969    Senior Engineering Psychologist - AIL Division, Cutler -Hammer
As lead human factors specialist, I served on several company wide multi-disciplinary panels on design, product and procedures review. I refined extant task analysis methodology to emphasize operator information requirements, including safety warnings, and then applied the new techniques to projects involving aircraft cockpit displays and controls, shipboard communication systems and driver behavior. In this latter task, I was asked by the US Congress' House Committee on Public Works to testify on the quality of the information system on the Nation's highways.

1957 - 1965    Human Factors Analyst - Burroughs, RCA, ITT
In these positions, I was employed as a human factors analyst for products manufactured in the aerospace industry. I performed work in console design, workspace layout, operator safety and training analysis. In each position, I was assigned to an engineering office, and was responsible for the integration of human factors with mechanical, electrical, aeronautical and architectural engineering. In each of these companies, I developed expertise in one or more areas of human factors. At Burroughs, I specialized in task analysis, function allocation and the development of training requirements. At RCA, I was given responsibility for human engineering activities including console and display panel design, and gained experience using the military specifications of the time. At ITT, I led the task force applying the full range of human engineering concepts, principles and techniques to the design, operation and maintenance of several military communication systems.

## MEMBERSHIPS

Institute of Transportation Engineers (1981 – 2004)
  Expert Witness Council (Executive Committee 1988-90)
National Committee on Uniform Traffic Control Devices (1986-present)
  Technical Committee on Temporary Traffic Control (1986 - 2006)
  Technical Committee on Regulatory and Warning Signs (current)
  Executive Committee (1990-1992)
  Sponsor (2002 – 2006)
National Safety Council Committee on the Roadway Environment (1986 – 1990)
  Design Driver Task Force Chair 1987-90
Human Factors Resources (2002 - present)
*(A sponsoring member of the National Committee on Uniform Traffic Control Devices)*
  Sponsor and Coordinator (2002 – 2006)
Transportation Research Board (1966-1985)
  User Information Systems Committee (Chair 1970-76)
  Vehicle User Characteristics Committee (1976-86)
  Human Factors Workshop Committee (1967-85)
Human Factors and Ergonomics Society (1962-2001)
  Parliamentarian 1979-82
  Technical Groups on
    Aging
    Forensics (Chair, 1990)
    Safety

## HONORS AND AWARDS

Federal Highway Administrator's Award for Superior Achievement 1977
*"In recognition of your efforts in developing and applying human factors principles to conventional traffic engineering approaches to problems of traffic control and accident prevention."*

In 1981, I received a competitive appointment to the SES Candidate Development Program, where I specialized in organizational design and management.
I was Elected Fellow of the Human Factors and Ergonomics Society in 1984.

## CERTIFICATION

Board of Certification in Professional Ergonomics, BCPE Certificate #62, dated February 1, 1993

## SELECTED LECTURES, SEMINARS AND SYMPOSIA

Between June 1969 and October 1985, in connection with my employment with FHWA, I prepared and conducted seven different human factors seminars and symposia ranging in presentation time from four hours to three days. These seminars were presented a total of 108 times to the 50 State highway departments, DC, Puerto Rico and FHWA field offices. Other than through my government

employment, I have designed and conducted the following programs both within and outside the United States:

In the US:

X    In 1978, "Human Factors in Highway Transportation," a two credit course for the University of Maryland.

X    In 1979, Positive Guidance in Work Zones, an eight hour seminar given at the ITE Annual Meeting in Toronto and at Kansas State University.

X    In 1985 and 1987, "Highway Hazards," an eight hour seminar with Roy Anderson, given to engineers and attorneys in Washington, D.C., Chicago, Dallas, Orlando, Cincinnati, New Orleans and San Francisco.

X    In 1986 and 1987, "Workshop on Positive Guidance and Driving Commentary," 20 hours, given twice with Bob L. Smith and R. S. Hostetter at Kansas State University.

X    In 1987, "Positive Guidance Seminar," an eight hour seminar given in Cincinnati and Akron under contract to the State of Ohio.

X    In 1989 and 1990, "Positive Guidance and Litigation", a two hour seminar given for the Torts Litigation Section of the Pennsylvania Office of the Attorney General, Norristown and Pittsburgh, PA.

X    Periodically, since 1989, "Human Factors in Highway Safety", an eight hours seminar given for the Office of Traffic and the Office of Design, Maryland State Highway Administration, Glen Burnie, MD; also given for Wayne State University and the City of Jackson Engineering Department, Jackson, MI.

X    In 1995 I gave a three hour presentation on human factors in accident investigation at the Annual Meeting of NATARI, a national membership organization of accident investigators

X    In 1998 and 1999, a two-day seminar on human factors in traffic safety in Hanover, Maryland given with Alison Smiley and Robert E. Dewar.

X    Annually between 2001 and 2006, a series of lectures to the Maryland State Police on driver behavior issues.

X    Annually since 2001, a series of lectures in the University of Maryland's Traffic Engineering Short Course.

X    In 2003, an invited lecture on Human Factors and Behavioral Issues at Intersections, given at the Mid-Atlantic Intersection Safety Workshop in Linthicum, Maryland, sponsored by the University of Maryland and the US Federal Highway Administration, and in Mercer County New Jersey, sponsored by the New Jersey DOT and Rutgers University.

X    In 2004, an invited workshop on Human Factors Issues in Work Zone Accidents, given at the 16th Annual National Law Enforcement Conference, sponsored by the Institute for Law Enforcement Education, in Seven Springs, Pennsylvania.

In Canada and other countries:

X  "Workshop on Human Factors in Traffic Safety," a 16 hour seminar with Robert E. Dewar, given at the University of Calgary in Alberta in 1986 and in Saskatoon, Saskatchewan in 1987.

X  In 1988, "Workshop on Positive Guidance and Traffic Safety", an eight hour seminar with Robert E. Dewar given at the Annual Meeting of the Institute of Transportation Engineers in Vancouver, British Columbia.

X  In 1988 and 1989, "AQTR Workshop Seminar - The Fourth Dimension of Highway Safety", a 16 hour seminar given in Montreal and Quebec City, Quebec.

X  In 1990 and 1991, "Driver Behaviour and Positive Guidance", a series of eight lectures and seminars throughout the Province of Ontario, given to the Ministry of Transport and the Ontario Traffic Conference in Toronto, North Bay, London, Thunder Bay, Cornwall and Alliston, Ontario.

X  In 1994, "Discover Factor H", a three day seminar and workshop with Robert E. Dewar, Alison Smiley and Paul Olson given at the Annual Meeting of C.A.T.A.I.R., Canadian Association of Technical Accident Investigators and Reconstructionists in Mississauga, Ontario.

X  In 1995, "A Tutorial on Traffic Safety," a one day symposium given with Alison Smiley in Prague, The Czech Republic.

X  In 1996, a four hour workshop on human factors in traffic safety in Valencia, Spain given with Alison Smiley, R.E. Dewar and Thomas Triggs, and a four hour seminar on human factors given for C.A.T.A.I.R in Halifax, Nova Scotia.

X  In 1997, 1998, 2001 and 2002 a two-day seminar on human factors in traffic safety in Vancouver, British Columbia, Toronto, Ontario and Winnipeg, Manitoba given with Alison Smiley and Robert E. Dewar.

X  In 2000, a series of seminars and lectures on Positive Guidance, The Driving Task and Driver Expectancy, presented in the States of Victoria and Queensland, Australia.

**SELECTED PUBLICATIONS, REPORTS AND PRESENTATIONS**

Mortimer, R.G., Blomberg, R.D., Alexander, G.J., and Vingilis, E., "Human Factors in Traffic Crashes" in Noy, I.Y., & Karwowski, W., Editors *Handbook of Forensic Human Factors in Litigation,* CRC Press: Boca Raton 2005

Lerner, N.D., Llaneras, R.E., McGee, H.W., Taori, S., and Alexander, G.J. *"Additional Investigations on Driver Information Overload,"* NCHRP Report 488, Transportation Research Board, Washington DC, 2003

Dewar, R.E., Olson, P.L. and Alexander, G.J., "Perception and Information Processing" in Dewar and Olson, *Human Factors in Traffic Safety-Second Edition,* Chapter 2, Lawyers and Judges Publishing Co., Inc., Tucson, AZ  2007

Alexander, G. J., *"A Guide Sign Review for the State of Delaware",* A Report to the Delaware Department of Transportation, Dover, DE. April 2001.

Alexander, G. J., "An Overview of Positive Guidance and Driver Expectancy", invited keynote address at the Transportation 2000 Australian Institute of Traffic Planning and Management International Conference, June 2000, Gold Coast, Australia

Alexander, G. J., and Lunenfeld, H., "Positive Guidance" in Peters and Peters, *Warnings, Instructions and Technical Communications,* Ch. 10, Lawyers & Judges Publishing Co., Inc., Tucson, AZ 1999.

Alexander, G. J. and Lunenfeld, H., *"Positive Guidance Toolkit",* Ontario Traffic Manual, Book 1, Appendix C, Ministry of Transportation, Ontario; St. Catherines, Ontario, Canada; August 1998

Alexander, G. J. *"Guide Sign Effectiveness Review: An Assessment for the Province of British Columbia",* A Report to the Ministry of Transportation and Highways, Victoria, B. C., June 1998.

Alexander, G. J., *"Positive Guidance in Maryland - Guidelines and Case Studies",* Maryland State Highway Administration, Hanover, MD, April, 1997.  Available through NTIS - PB 97-177596

Alexander, G. J., *"Guide Sign Effectiveness Review - An Assessment for the State of Maryland",* A Report to the State Highway Administration, Baltimore MD, September 1991

Lunenfeld, H. and Alexander, G. J., *"A Users' Guide to Positive Guidance (third Edition),"* Report No. FHWA-SA-90-017, Federal Highway Administration, Washington, D.C., September 1990.

Alexander, G. J., "Positive Guidance from the Drivers Perspective," invited paper presented at the Ontario Traffic Conference, May 1990, Cornwall, Ontario, Canada.

Alexander, G. J., and Lunenfeld, H., "Positive Guidance and Driver Expectancy" in Peters and Peters (editors), *Automotive Engineering and Litigation,* Ch. 18, Vol. III, Garland Law Publishing, New York, N.Y., December 1989.

Alexander, G. J., "Search and Perception - Reaction Time at Intersections and Railroad Grade Crossings," *ITE Journal*, 59, (11) pp. 17-20, November 1989.

Alexander, G. J., "Positive Guidance - An Ergonomic Approach to Highway Safety," invited paper presented at the Forum *Internacional Sobre Seguranca de Transito no Brasil* (International Forum of Traffic Safety in Brazil), June 26-29, 1988, Rio de Janeiro.

Alexander, G. J., and Lunenfeld, H., "The Role of Driver Expectancy in Highway Design and Traffic Control," in P.N. Cheremisinoff, et al. (Editors), *Civil Engineering Practice, Surveying, Construction, Transportation, Energy, Economics & Government, Computers*, Technomic Publishing, Lancaster, PA, 1988

Alexander, G. J., and Lunenfeld, H., *Driver Expectancy in Highway Design and Traffic Operations*. Report FHWA-TO-86-1, Federal Highway Administration, April 1986.

Lunenfeld, H., and Alexander, G.J., "Human Factors in Highway Design and Operations," *Journal of Transportation Engineering,* Vol. 110 No.2, March 1984

Alexander, G. J., and Lunenfeld, H., "A Users' Guide to Positive Guidance for Highway Control" in R.S. Easterby (Ed), *Visual Presentation of Information*, John F. Wiley, London, 1984.

Post, T. J., Alexander, G. J., and Lunenfeld, H., A *Users' Guide to Positive Guidance (second edition)*, Report FHWA-TO-81-1, Federal Highway Administration, December 1981.

Alexander, G. J., and Lunenfeld, H., "Designing for human behavioral requirements" *International Highway Safety Conference*, Belgrade, Yugoslavia, October 1981.

Post, T. J., Robertson, H. D., Price, H. E., Alexander, G. J. and Lunenfeld, H., *A Users☐ Guide to Positive Guidance,* Federal Highway Administration, June 1977

Lunenfeld, H., and Alexander, G. J., *Signing Treatments for Interchange Lane Drops*, Report FHWA TO-71-1, Federal Highway Administration, June 1976.

Alexander, G. J. and Lunenfeld, H., *Positive Guidance in Traffic Control*, Federal Highway Administration, April 1975.

Alexander, G. J. and Lunenfeld, H., "Some Factors Affecting Reception and Use of Information by Drivers," *Public Roads*, 37, (1) pp. 9-12, June 1972.

11/12/2007

## Prior Case Testimony

The following list represents the cases in which I have testified as an expert at trial or in deposition in the past four years.

| Year | Case | P/D | State | Client | Dep/Trial |
|------|------|-----|-------|--------|-----------|
| Jan 2004 | Medley v. UPRR | P | MO | Steven Meyerkord | Deposition |
| Mar 2004 | Jones v. Leopold | P | TX | Dwight Jefferson | Deposition |
| May 2004 | Caverly v. Hudson | D | ME | Dan Bates | Trial |
| July 2004 | Lee v. State of Utah | P | UT | James Seaman | Dep |
| Oct 2004 | Pospisil v. Granite Construction | D | AZ | Lisa Sommer Devlin | Trial |
| Nov 2004 | Stephenson v. FDOT et al | P | FL | Sean Dominick | Dep |
| Dec 2004 | Geron v. UPRR | P | TX | Derrick Boyd | Dep |
| Mar 2005 | Stephenson v. FDOT et al | P | FL | Sean Dominick | Trial |
| Mar 2005 | Loftin v. FDOT, et al | P | FL | Sean Dominick | Dep |
| Aug 2005 | Basner v. TRS@Magnolia et al | D | FL | Ron Harrop | Deposition |
| Dec 2005 | Scott's Crane v. Pavlich | D | MO | Michael Matteuzzi | Deposition |
| Dec 2005 | Boyle v. Charles County | P | MD | Chris Beard | Deposition |
| Feb 2006 | Harris v. Tacoma Rail, et al | P | WA | Keith Kessler | Deposition |
| Apr 2006 | Lee v. State of Utah | P | UT | Richard Henriksen | Trial |
| Apr 2006 | Moore v. MoDOT | P | MO | Dennis Murphy | Deposition |
| Apr 2006 | Derley v. Hodges, et al | P | MO | Joe Cambiano | Trial |
| July 2006 | Veit v. BNSF | P | WA | Douglas Shepherd | Deposition |
| Oct 2006 | Blagg v. Steiny, et al. | P | CA | Roger Dreyer | Deposition |
| Oct 2006 | Adams v. Hill, et al | P | MO | John Simon | Deposition |
| Nov 2006 | Martini v. Walsh Trucking | P | WA | Reed Schifferman | Deposition |
| Nov 2006 | Martini v. Walsh Trucking | P | WA | Reed Schifferman | Trial |
| Nov 2006 | Forestier v. Oliver, et al | P | WA | Keith Kessler | Deposition |
| Nov 2006 | Graves v. APAC | P | GA | Clay Milling | Deposition |
| Nov 2006 | Rodriguez v. State of California | P | CA | John Jefferson | Deposition |
| Feb 2007 | Suer v. County of Placer | P | CA | Roger Dreyer | Deposition |
| Mar 2007 | Othman v UHAUL | P | MO | John Simon | Deposition |
| Mar 2007 | Veit v. BNSF | P | WA | Douglas Shepherd | Trial |
| Mar 2007 | Boyle v Charles County | P | MD | Chris Beard | Trial |
| Apr 2007 | Adams v. United Rentals | P | MO | Richard Vollertson | Trial |
| Jun 2007 | Rawlings v. School of the Osage | D | MO | David Childers | Trial |
| Sept 2007 | Mann v. Lobec | P | PA | Francis Curran | Trial |



**POSITIVE GUIDANCE APPLICATIONS, INC.**
*319 VINE STREET, SUITE 506, PHILADELPHIA PA 19106*
*TEL: 215-925-2424    MOBILE: 301-461-7839*
*E MAIL: gialexander@verizon.net*

## FEE SCHEDULE

### HOURLY CHARGES FOR SERVICES

Fees for forensic human factors services provided by Mr. Alexander will be billed at the regular rate in effect at the time the services are provided. The current rate for is $275 per hour for materials review, consultation, analysis, preparation, and travel time. Deposition and court time is charged at $375 per hour, with a four-hour minimum for trial testimony. Travel time and expenses are calculated from portal to portal.

### EXPENSES

It is our policy to travel on unrestricted coach fare for site visits and consultations, and first class air or rail travel for deposition or trial testimony or otherwise where preparation en route is necessary. Use of personal automobile is charged at 65¢ per mile. All expenses are billed at cost.

### RETAINER

A $2,500 fee is required to initiate work on a case. Checks should be made payable to Positive Guidance Applications. Our Federal Tax ID # is 52-1436072.

### INVOICES

Time and expenses are billed at the end of the month in which services are performed. Payment is due upon receipt. If unpaid within 30 days, a reminder notice is sent. If unpaid within 60 days of the original billing, a late payment service charge of one and one half percent (1 1/2 %) is added. Similarly thereafter, a service charge of 1 1/2 % is added every 30 days on the unpaid balance of the bill. If unpaid within 90 days of the original billing, we will decline further work until the account is brought up to date and will require advance payment for future work and expenses. We will obtain legal assistance in securing payment for billing 180 days in arrears. Costs of collection (if any), including legal fees, will be charged to and are the responsibility of the retaining attorney.

**Virginia E. Lee, D.M.D.**
**Capital Aesthetic Center, LLC**

**Capital Aesthetic Center, LLC**
Dr. Virginia E. Lee
1145 19th Street, NW, #333
Washington, DC 20036

Telephone: 202-296-6600                                          Fax: 202-296-2372

February 27, 2008

To Whom It May Concern:

I treated Wolfgang Koehling, for serious injuries he sustained in a bicycle crash on July 22, 2004. I am a medical doctor, and my areas of expertise are Oral and Maxillofacial Surgery. Mr. Koehling came under my medical treatment and care as a referral from Dr. Stephen Barsky. I have not been specifically employed for the sole purpose of providing expert testimony for Mr. Koehling, but I do expect to provide expert opinions based on my medical treatment and care of Mr. Koehling as a patient, and my knowledge of his medical history.

Opinions herein are stated within a reasonable degree of medical probability. The opinions are based on my education, training, experience, and my review of Mr. Koehling's medical records, and my observations, interactions and treatment and care of my patient, Wolfgang Koehling for the injuries caused by his bicycle fall on July 22, 2004.

I refer you to the opinions I set forth in my medical records, and the reports you have been provided and I incorporate them herein. It is my opinion that these injuries that Mr. Koehling suffered in the bike fall are serious, permanent injuries, caused by the trauma of the bicycle fall. Mr. Koehling's physical injuries will in the future require additional medical treatment and care for which there will be costs, which I am prepared to testify about. It is my opinion that the trauma injures caused to Mr. Koehling by the bicycle crash will continue to cause Mr. Koehling pain and other physical symptoms into the foreseeable future.

It is my opinion that the past medical treatment and care I have provided Mr. Koehling for the injuries caused by the trauma of the bicycle fall of July 22, 2004, was necessitated by the fall and resulting trauma, and that the charges for this medical treatment and care was fair, reasonable, and customary charges.

I refer you my medical records and bills as well as the medical records and bills of Drs. Panahy, Barsky, and Burger in support of my opinions set forth herein. My hourly charges for time in testifying, reviewing records, etc. in this matter will be consistent with my hourly rate for patients.

2/27/08
Date

Virginia E. Lee, DMD

Stephen I. Barsky, D.D.S



**Single Visit Restorations**
**CEREC**

# Stephen I. Barsky D.D.S.
## Cosmetic and Restorative Dentistry

To Whom It May Concern:

I am a treating dentist for Wolfgang Koehling, who was seriously injured in a bicycle fall that occurred on July 22, 2004. I am a D.D.S. and my area of expertise is dentistry. I have not been specifically employed for the sole purpose of providing expert testimony for Mr. Koehling, but I do expect to provide expert opinions based on my medical treatment and care of Mr. Koehling as a patient, and my knowledge of his medical history.

The opinions I provide herein will be provided within a reasonable degree of medical probability, and will be based on my education, training, and experience, as well as my review of Mr. Koehling's medical records, and my conversations with, observations of, and treatment and care of Mr. Koehling for the injuries he sustained in his bicycle fall on July 22, 2004.

It is my opinion that the injuries I describe in my medical records and reports you have been provided were caused by the trauma of the bicycle fall that occurred on July 22, 2004. It is my opinion that these are serious, permanent injuries that will in the future require additional medical and dental treatment and care, for which there will be costs, which I am prepared to testify regarding. It is my opinion that Mr. Koehling will continue to suffer from residual pain and other physical symptoms as a result of the injuries he sustained in the fall on July 22, 2004.

It is my opinion that the past medical treatment and care I have provided Mr. Koehling for the injuries caused by the trauma of the bicycle fall of July 22, 2004, was necessitated by the fall and resulting trauma, and that the charges for this medical treatment and care was fair, reasonable, and customary charges.

I refer you to my medical records and bills as well as the medical records and bills of Drs. Panahy, Lee, and Burger in support of my opinions set forth herein. My hourly charges for time in testifying, reviewing records, etc. in this matter will be consistent with my hourly rate for patients.

2-20-08
_____
Date

_____
Stephen Barsky, D.D.S.

---

1145  19th Street NW
Suite 512
Washington, DC  20036

Telephone     (202)331-1644
Fax           (202)331-9039
E-mail        SBarsky710@aol.com

www.stephenbarskydds.com

Yasmin Panahy, M.D.

My name is Dr. Yasmin Panahy. I am the principal physician of Mr. Koehling, and was not specifically employed for the sole purpose of providing expert testimony in this case. My medical area of specialization is internal medicine. I have followed and treated Mr. Koehling for injuries he sustained in a bicycle crash that occurred on July 22, 2004. I have reviewed an am familiar with the medical treatment and care Mr. Koehling received from me for the physical injuries he sustained that were caused by the trauma of the bicycle crash of July 22, 2004. The opinions I set forth herein are based on my education, training, experience, and knowledge of Mr. Koehling's medical records; as well as my observation of and conversations with Mr. Koehling; and diagnosis, treatment, and care of Mr. Koehling for the injuries he sustained in the bicycle crash that occurred on July 22, 2004.

It is my opinion within a reasonable degree of medical probability that the injuries I describe in my medical reports and records from my treatment and care of Mr. Koehling after the crash were caused by the trauma of the bicycle crash that occurred on July 22, 2004. It is also my opinion within a reasonable degree of medical probability, that the medical treatment and care Mr. Koehling received post crash related to his physical injuries caused by the crash and the physical trauma was necessitated by the crash. The costs associated with the treatment and care provided was fair, reasonable, and customary costs and charges for medical treatment, care, and diagnostic tests.

I refer you to my medical records and bills in support of my opinions set forth herein, which have been provided you. My hourly charges associated with any testimony I give in this case will be consistent with the charges I routinely charge for the medical treatment and care I give my patients.

Sincerely,

Yasmin Panahy, MD

Date ___8/28/08.___

YASMIN PANAHY, M.D.
660 Pennsylvania Ave. S.E.
Suite 100
Washington, DC 20003
(202) 546-4504

**Kathleen M. Burger, M.D.**
**Medical Faculty Associates**
**The George Washington Unversity**

# MEDICAL FACULTY ASSOCIATES

## THE GEORGE WASHINGTON UNIVERSITY

RE:   WOLFGANG COLIN KOEHLING
MRN: 3327082
DOB: Dec 20, 1971

Mar 12 2008 4:00PM

4/12/2007: 35 male with history of cerebellar infarct 2003. History of this event: woke at 6am (a few days after returning from a trip to the Pacific Islands) with severe headache and took 6 aspirin tablets, in ASU had left sided weakness that eventually resolved after several days. Per patient found to have DVT and PFO at that time. He is s/p PFO closure in 2003 and followed closely at WHC through a closure trial group.
Took hydrocortisone for congenital adrenal hypoplasia thoroughout his life, but now does not take this. He has high ACTH, cortisol, and testosterone at baseline.
Today he reports headaches left sided, periorbital radiating along parietal lobe to left occipital lobe, constant stabbing pain. Headache will last 24-36 hours. He may obtain some relief with excedrine, but only slightly. Exercise will reduce this pain, but headache will then return after finished.
Also with bicycle accident with facial trauma and is s/p multiple facial reconstruction injuries. He has residual right sided facial pain adjacent to nose. No asoc N/V/P/P with this pain. He is able to function normally despite this pain.
3/12/2008: has court case coming up for above accident.
today we discussed the 3 types of pain he has following accident:
- Still has right sided midline facial pain that extends from lateral aspect of nose to his tooth that is no longer there, a constant numbing like pain, occurs at all times.
- cannot sleep on right side of face due to pain, dull pain throughout right face.
- biting into something will cause sharp pain short lasting.
- still have above headache with flying, Motrin and sudafed help with flying headache. He did not start Pamelor for prevention given his brady/tachycardia history.

**Review of diagnostic tests:**
MRI/MRA brain 2003: left cerebellar stroke, MRA with no abnormality
Cerebral Angiogram 2003: normal
EKG: sinus bradycardia

**PMH:**   congenital adrenal hypoplasia, stroke, bradycardia (frequent exercise)
**Meds:**  none
**SH:**  denies tobacco use, denies drug use. +EtOH socially. works for world bank and travels frequently
**FH:**  brother with congenital adrenal hypoplasia
**Allergies:**  none

**ROS:** Denies nausea, vomiting, chest pain, shortness of breath, fever, blurry vision, sore throat, rash, edema, limb pain, or memory loss.

**NEUROLOGIC EXAM:**
Vitals: 114/73    60  (pulse 57 last visit)
Mental Status: Alert and oriented to person, place, and time. Speech is fluent. Naming and Repetition intact.
Cranial Nerves: Pupils are equal and reactive to light bilaterally. EOMi bilaterally. No nystagmus. VF are grossly intact. NLF is symmetric. Facial sensation is intact to PP/LT/Temp bilaterally in V1-3 distributions. Tongue midline. Decreased taste in anterior tongue bilaterally to sugar and coffee. Decreased smell bilaterally.
Motor: No pronator drift. 5/5 strength throughout all four limbs. No tremor. Normal bulk and tone.
Sensation: Sensation is intact to PP/LT/Temp bilaterally in all four limbs.
DTRs: 2+ throughout. Plantar reflexes are downgoing.
Coordination: FNF/HKS intact bilaterally.
Gait: Normal. Able to tandem walk.

A/P 35 male with history of stroke due to DVT/PFO now s/p closure with severe headache left sided when flying.

KOEHLING, WOLFGANG COLIN

Also with daily facial pain due to trauma.  Neuro exam essentially non-focal.  Here today for follow up, decreased taste and smell likely due to trauma.
- offered trial of Neurontin for prevention, patient agrees to consider
- side effects of meds discussed with patient
- Motrin continue for prevention headaches
- discussed need to avoid sudafen
- Return to me as needed.

Electronically signed by:KATHLEEN M BURGER D.O.  Mar 12 2008  5:08PM EST

**Scott A. McNamara, M.D., F.A.C.S.**

## SC__T A. McNAMARA, M.D., F.A__S.

RECEIVED
FEB 2 8 2007
BY _____

BOARD CERTIFIED OTOLARYNGOLOGY-HEAD AND NECK SURGERY
BOARD CERTIFIED AMERICAN ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY
FELLOW OF THE AMERICAN COLLEGE OF SURGEONS

Dr. Lee
1145 19th Street N.W. #333
Washington, D.C. 20036

Dear Dr. Lee:

Thank you for the opportunity to consult on your patient, **Wolfgang  Koehling.**

Enclosed is a copy of a portion of his recent evaluation.

Koehling, Wolfgang            02 22 2007            Ref: Lee, DDS

**CHIEF COMPLAINT:**
"Chronic Facial (Maxillary) pain." It's too painful to bite (anything)". "Loss of sense of taste".

**HPI:**  Pleasant 35 y/o  has an extensive Hx/o a severe Bike accident while biking @ a fast pace in June 2004 from wh/ he sustained major facial injuries. Went head first and struck the path 'face first'. Momentary LOC and Loss of multiple teeth. Reportedly he sustained major facial/lip/nasal lacerations and trauma in this incidence, which reportedly include a 'broken Maxilla (Fractures), loss of dentition, and neuralgia. He had bleeding, epistaxis, and a laceration.  Treated at the scene (EMT's) but deferred an ER visit / imaging to clear his CNS, Skull, & C-spine for 2-3 days in order to 1st seek out his dentist's assistance to save 3-6 teeth (central & lateral incisors, and canines)  Reportedly underwent immediate measures to attempt to 'reimplant' several teeth and also had a major wound debridement under GEA within 24 hours of the incidence.  Subsequently, he's had several (8-9) staged restoration procedures done. He's had Alveolar bone grafting done, but has suffered some set backs.   Most recent bone graft was 2006 – Cranial bone to right upper alveolar region.

Associated symptoms - c/o "Trouble breathing through my nose@ ,  some sinus barotrauma, and odontogenic pain. Flys for work (World Bank).

No photos, medical records, scans, or ORS Op reports available today. Note: (Patient requested to bring any available studies for comparison to updated Maxillo-facial CT SCAN).

**Physical Examination: Mildly Hyponasal speech.** Face/HEENT - He has generally symmetric features and good dental restorations (bridge) over his entire midline face/nasal and peri-oral regions of his injuries. His external nasal appearance is grossly normal. There is some dorsal flattening, widening with asymmetry. Nasal lobule, alar rim, columella, filtrum, and upper lip are generally symmetric. Oral cavity:  He has a visibly loss some alveolar process bone and has healed incisions. Absent teeth have a wide bridge (~6teeth). Intra -Nasal: Marked Nasal Obstruction with Right posterior Septum deviation and mucosal apposition @OMU. It narrows his posterior airway. No Hematoma apparent. Hypoesthesia of V2 on the Right cheek/lip/alveolus. No palpably displaced bone over the anterior maxilla or along the infraorbital rim over the V2 canal. No subconjunctival hemorrhage & his vision and globe are intact. He has no diplopia in downward gaze. His maxilla is not floating. No palpable TMJ or Mandible fracture on exam. No palpable sinus Fx or inferior / medial orbital fx's.  Transillumination of maxillary antrums is fair. Fortunately Intra-nasally he has no evidence of CSF rhinorrhea. His ear canals are clear. TM=s intact neutral position. No hemotympanum.  Weber is midline. Rinne is AC> BC.  No mastoid tenderness.  Negative Battle's sign.

**Diagnosis:** Late effects of traumatic Facial & Dental Fractures S/p Blunt Facial trauma in 2004.
Hyposmia, Nasal Obstruction, and Atypical Facial pain (neuralgia) vs Sinus-Nasal tract deformity/ pathology.

## SC_ _T A. McNAMARA, M.D., F.A_ .S.

BOARD CERTIFIED OTOLARYNGOLOGY-HEAD AND NECK SURGERY
BOARD CERTIFIED AMERICAN ACADEMY OF FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY
FELLOW OF THE AMERICAN COLLEGE OF SURGEONS

**Discussion:** His Facial Bone and Dental changes were significant s/p his trauma. Open fractures & wounds closed and restorations were done/started. He has ongoing ORS maxillo-facial restorations. Still has symptoms for wh/ he's seeking evaluation & treatment – ie. Hyposmia, Nasal Obstruction, and Atypical Facial pain (neuralgia) vs Sinus-Nasal tract deformity/ pathology.

Findings discussed w/ patient. Appears to have been significantly and successfully been treated for fractures of his Maxilla/Alveolus/Teeth. It remains to be determined whether or not some aspects can be addressed medically or surgically to improve symptoms or function. He's inquired about further treatments. He was advised that he is not guaranteed that his symptoms could be returned to pre-accident status. Some of his symptoms wh/ are chronic – hyposmia and neuralgia could be permanent. In any event, some degree of sensory (touch or smell) nerve injury may persist.

His olfactory/taste dysfunction is long standing and unlikely to improve.
He is aware that he may undergo trials w/ neuralgia medication at any time, but he declines any medication @ this time. Some of the Nasal symptoms - can't breath well and gets exacerbation of Facial Neuralgia w/ flights, cold, etc – could be managed. Nasal cavity / vault and paranasal sinuses will be further evaluated. When available, we do plan to review his (CTSCANs) carefully.   (Full Radiology reports or scans from GCM are not available at this time.)

Extended time (> 50 minutes) on this consultation because of the complexity of his history and treatments, his exams, acquisition of images, and some discussion of treatment option. Today's recommendations were base upon the medical findings/facts as best I could determine at this time. In the end, we agreed to have him f/up w/ films. //SAMcMD

Thank you once again for permitting me to consult on your patient. Please feel free to call me if you have any questions.

Warmest regards,

SCOTT A. McNAMARA, M.D., F.A.C.S.

Cc: Drs. Sattler & Panahy